IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMBIMJB, LLC | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:20-cv-00807-JKB |
| STRATEGIC ARMORY CORPS, LLC, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT STRATEGIC ARMORY CORPS, LLC OPPOSITION TO PLAINTIFF AMBIMJB, LLC'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Strategic Armory Corps, LLC, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105, hereby submits this Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment on Count II of Plaintiff's Complaint, for which grounds are set forth in the accompanying Memorandum filed contemporaneously with this Motion.

Date: November 5, 2020

Respectfully submitted,

/s/ Steven E. Tiller
Steven E. Tiller (Bar No. 11085)
Timothy R. Willman (Bar No. 21088)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1636
stiller@wtplaw.com
twillman@wtplaw.com
(410) 347-9425
(410) 223-4325

*Attorneys for Strategic Armory Corp LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify, that on this 5th day of November, 2020, the foregoing was served via the Court's CM/ECF filing system on:

>Gregory A. Dorsey, Esquire
>Kelly Dorsey, P.C.
>10320 Little Patuxent Parkway
>Suite 608
>Columbia, Maryland 21044
>gdorsey@kellydorseylaw.com
>
>*Attorneys for Plaintiff*

        /s/ Timothy R. Willman
        Timothy R. Willman