IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMBIMJB, LLC | * |
|     Plaintiff | * |
| v. | *    Case No.: 1:20-cv-00807-JKB |
| STRATEGIC ARMORY CORPS, LLC, | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPENDIX OF EXHIBITS TO DEFENDANT STRATEGIC ARMORY CORPS, LLC OPPOSITION TO PLAINTIFF AMBIMJB, LLC'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

| Tab | Description |
|---|---|
| Exhibit 1 | Excerpt of Jose Schincariol deposition transcript |
| Exhibit 2 | Excerpt of Jason Kalua deposition transcript |
| Exhibit 3 | Excerpt of Jack Oliver deposition transcript |
| Exhibit 4 | Excerpt of Michael Brown deposition transcript |
| Exhibit 5 | Excerpt of Dale Wallace deposition transcript |
| Exhibit 6 | David Lauck Expert Report |