# EXHIBIT 1

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3                       (Northern Division)

4    AMBIMJB, LLC

5              Plaintiff/

6              Counter-Defendant

7    vs.

8    STRATEGIC ARMORY

9    CORPS, LLC

10             Defendant/

11             Counter-Plaintiff

12   _____/

13

14        The Virtual Zoom Deposition of JOSE

15   SCHINCARIOL, through the Interpreter, ROBERT FERON, was

16   held on Thursday, August 13, 2020, commencing at 9:00

17   a.m., at the home of Jose Schincariol, Veludinhos 140,

18   Itu, State of San Paulo, Brazil 34669, before Susan

19   Wootton, Notary Public.

20

21   REPORTED BY:  Susan Wootton, RPR, CLR

Page 34

1  AMBI for the $2.5 million purchase price of the
2  patent?
3     A   Because the patent doesn't work with
4  my rifles.
5     Q   Why do you say that?
6     A   Because it doesn't work.
7     Q   When you say the patent doesn't work
8  with your rifles, what do you mean?
9     A   The gas -- the gas piston system
10 doesn't fit on Armalite rifles.
11    Q   When did you learn that?
12    A   When I learned that?
13    Q   Yes.
14    A   I have the information from my
15 technical department, from SAC.
16    Q   And when -- when were you informed
17 that the patent or the gas piston does not fit the
18 Armalite?  When were you told that?
19    A   I don't remember the date, the
20 precision date of that.
21    Q   When you say the piston system doesn't

Page 35

1  fit, what do you mean by that?
2     A   It means that it doesn't work in the
3  Armalite rifle.
4     Q   When you say it doesn't work, what do
5  you mean by that?
6     A   That's the --
7         If I try to use the piston system in
8  one Armalite rifle, it won't -- it won't work.
9     Q   Meaning it won't, the gun won't shoot?
10    A   Without big changes, it won't shoot.
11    Q   Okay.  So, just so I understand, and
12 this is really -- Jose, I'm just trying to gain an
13 understanding as to, as to what you mean.
14        So, is it your testimony that you
15 stopped making payments for the patent because the
16 gas piston system will not fit into an Armalite --
17 into an SAC rifle?
18        And by saying that it doesn't fit,
19 meaning that it doesn't work, meaning the gun
20 won't shoot, is that -- am I correct in that
21 understanding?

Page 36

1     A   Part of your affirmation is correct.
2     Q   Okay.  Tell me which part is correct,
3  and then I'll ask you to tell me which part is
4  incorrect.
5         So, which part of my affirmation is
6  correct?
7     A   That the gas piston system doesn't fit
8  Armalite rifles.
9     Q   Okay.  What part is incorrect?
10    A   That I stopped paying the installments
11 because of that.
12    Q   Well, why did you stop making payments
13 to AMBI for the patent?
14    A   Because we were -- I asked my team and
15 Mike to find a solution to have the system
16 working, and the answer is that it would take a
17 long time for the rifle to work.
18        And I told Mike that, since I bought
19 SAC, I have to send money from Brazil to the U.S.
20 to keep the company working, and I would not be
21 able to keep sending money from Brazil to the U.S.

Page 37

1         And I was asking him to give him the
2  patent back.
3     Q   So you stopped, SAC stopped paying
4  AMBI for the patent purchase because it could no
5  longer afford to pay the balance that was due?
6     A   Yeah.
7     Q   The stopping of payment had nothing to
8  do with the status of the piston project as of
9  June 2019?
10    A   Ask it again?  Sorry.
11    Q   The stopping of payment had nothing to
12 do with the status of the piston patent project as
13 of June 2019?
14    A   When I told -- I called Mike to ask
15 him about the piston system, and actually I bought
16 the piston system because I was told that it would
17 be like a plug and play.
18        THE REPORTER:  Like a what?  I'm
19 sorry.
20    A   It would be like plug and play to work
21 on Armalite rifles.

Page 38

1   THE REPORTER: Plug and play? What is
2   that?
3   Q   Plug and play.
4   A   Plug and play on Armalite rifles, and
5   it never worked.
6   Q   Who told you that the piston system
7   would be like a plug and play on the Armalite
8   system?
9   A   Nobody told me that.
10  Q   Well, who communicated that the AMBI
11  piston system would be like a plug and play on an
12  Armalite system?
13  A   We had a few meetings between myself,
14  Mike and Jason, and we had information that it
15  would be easy to make it work on our rifles.
16  Q   Okay. What information -- When did
17  the meetings occur?
18  A   When -- sorry, probably when I met
19  Mike and Jason.
20  Q   The evidence thus far in the case is
21  that a meeting would have occurred in April of

Page 39

1   2018. Would that be the approximate time?
2   A   Yes.
3   Q   And you had a meeting with both Mike
4   and Jason Kalua, who was the then CEO of the
5   company?
6   A   Yes, sir.
7   Q   And what information did you receive
8   from Mike that led you to conclude that the piston
9   system would be a simple plug and play with
10  respect to an Armalite system?
11  A   I didn't receive this information.
12  Q   Well, why did you believe that the
13  system, the AMBI piston system would be a simple
14  plug and play with respect to an Armalite rifle?
15  A   Because Jason and Mike worked in
16  Phoenix factory they saw everything SAC produces
17  in that factory.
18      They knew that SAC was looking for a
19  gas piston system, and Mike offered piston system
20  to Jason, and he knew all the -- and he had all
21  the informations about my rifles.

Page 40

1   So, when he offered that, it's because
2   he had the information about his system and my
3   rifle, so --
4   Q   What information did Mr. Brown have
5   about your rifles?
6   A   Sorry, sir. I don't know. He was in
7   the factory with me.
8   Q   So what information did you give
9   Mr. Brown concerning your rifles when he was in
10  the factory with you?
11  A   We just -- he just visit my unit, the
12  factory. I gave him no information.
13  Q   So, is it your testimony that by
14  merely walking Mr. Brown around a factory --
15      How big is the building in which SAC
16  operates in Phoenix?
17  A   I don't -- I don't have the
18  information about the size of the building, but
19  it's not so big. SAC is a small company.
20  Q   So what is it that you showed to
21  Mr. Brown during this walk through your factory

Page 41

1   that led him to understand the rifles on which SAC
2   intended to adapt the piston system?
3   A   We just walked around the factory, and
4   he knew that -- I told him that we were looking
5   for a piston system for the Armalite rifles.
6   Q   All right. So, you told Mr. Brown
7   that SAC was looking for a piston system for the
8   Armalite rifles?
9   A   Yes, sir.
10  Q   When did you tell him that?
11  A   When?
12  Q   When?
13  A   Again, probably after May 2018 when
14  I -- when I met Mike.
15  Q   And by Mike, you mean Michael Brown?
16  A   Yes, sir. And if you allow me just to
17  say that, who offered me the piston system was
18  Jason Kalua because he know -- he knew Mike, or
19  Michael Brown, and he knew that -- Jason knew that
20  I was looking for a piston system for our
21  portfolio, and he --

11 (Pages 38 - 41)

Page 98

1 Why would I pay $2.5 million for a
2 system that doesn't work, that doesn't fit my
3 system? Why would I buy something that I would
4 have to adapt to my system if it doesn't work?
5 Q Where in -- Where is there an
6 agreement that states that your purchase of the
7 patent was conditioned upon the piston system
8 being adapted onto an SAC firearm?
9 A I don't know if we have that in a
10 document.
11 Q Well, how would AMBI have known that
12 it was its obligation to adapt the piston system
13 onto an SAC rifle?
14 A Because he was there, he knows my
15 rifle, and he knew that I was looking for a system
16 that would fit my rifle.
17 Q You've read the Patent Purchase
18 Agreement, correct?
19 A The last document here, yes.
20 Q And the Patent Purchase Agreement
21 relates to the purchase of a patent, correct?

Page 99

1 A Yes, sir.
2 Q It doesn't say anything about adapting
3 the system or the patent on the -- the patent
4 system onto an SAC rifle, does it?
5 A There is nothing on the document.
6 Q When you -- when you individually, or
7 through your own holding company, purchased an
8 interest in SAC, did you have legal counsel?
9 A Yes.
10 Q To your knowledge, when SAC acquired
11 the entities that make up its five divisions, did
12 it have counsel in those transactions?
13 A It was just one transaction.
14 Q Well, did it have counsel?
15 A A lawyer.
16 Q A lawyer, correct?
17 A Yes, sir.
18 Q And you have a lawyer sitting with you
19 right now, right?
20 A Yes, sir.
21 Q And so if you wanted to find a lawyer

Page 100

1 that would help, that would have helped SAC draft
2 terms that would lay out what its expectations
3 were with respect to acquisition of a patent, you
4 could have done so, couldn't you?
5 A That's Jason's responsibility, sir.
6 Q I didn't ask whose responsibility it
7 was.
8 The question was, could you have
9 engaged counsel to draft an agreement that laid
10 out the terms that you expected to see in the
11 acquisition of the gas piston patent?
12 A The CEO of the company could have done
13 that.
14 Q You're the owner of the company,
15 correct?
16 A I'm the owner of the company.
17 Q You can -- you can --
18 I surmise that, sir, you could pick up
19 the phone right now and terminate the current CEO
20 of SAC, couldn't you?
21 THE REPORTER: The current what?

Page 101

1 Q You could terminate the current CEO of
2 SAC, couldn't you?
3 A Yes, I can.
4 Q So, the mere fact that Jason may or
5 may not have engaged counsel doesn't mean that
6 you, as the owner, couldn't have indicated that
7 counsel should be hired to engage and assist SAC
8 in its acquisition --
9 THE REPORTER: You're fading off in
10 your questions.
11 Q Yeah. You had the power to hire
12 counsel on behalf of SAC, correct?
13 A Correct.
14 Q And you didn't hire counsel to help
15 you or to help SAC draft documents related to the
16 acquisition of this patent, correct?
17 MR. WILLMAN: I'm going to object.
18 He's testified many times that he's not involved
19 in the day-to-day, but you may answer.
20 A Again, I just talked to Jason to buy a
21 piston system. As the owner of the company,

26 (Pages 98 - 101)

Page 126

1  Q   Why was the communication of the
2  status of the piston project an internal issue
3  that excluded Mr. Brown?
4  A   I have no idea.
5  Q   Did you, once you received the email,
6  attach in the minute meetings, did you in turn
7  forward that to Mr. Brown?
8  A   Sorry. Say it again?
9  Q   Did you forward the minute meetings --
10 the meeting minutes to Mr. Brown that were
11 attached to your June 7th, 2019 email?
12     THE INTERPRETER: Should I translate
13 the question?
14 A   Please, yes.
15     THE INTERPRETER: (The Interpreter is
16 translating.)
17 A   I -- I don't remember sending this
18 minutes to him.
19 Q   When you received the minutes attached
20 to the June 7th, 2019 email, did you read them?
21 A   Yes.

Page 127

1  Q   Can you turn to or scroll to page 3 of
2  the exhibit?
3  A   Okay.
4  Q   Do you see, under technical
5  assessment, where it reads: Technical issues were
6  not assessed in the right moment before the
7  purchase.
8      Do you see that?
9  A   I can see.
10 Q   Do you agree that technical issues
11 were not assessed in the right moment before the
12 purchase?
13 A   I don't know.
14 Q   Do you know what technical assessments
15 were undertaken relative to the patent prior to
16 August 24th of 2018?
17 A   No.
18 Q   Can you go to page, or scroll to
19 page 5 of the Exhibit 15, which is ending in
20 Bates 793?
21 A   Yes.

Page 128

1  Q   You see where it reads: Market
2  abroad, please provide expectations discussed at
3  the purchase?
4  A   Market approach, it's here.
5  Q   Do you see that: Market abroad,
6  please provide expectations discussed at the
7  purchase.
8      Do you see that? It's about a third
9  of the way down on page --
10 A   Market abroad, okay.
11 Q   Do you see that language?
12 A   Market abroad, please provide
13 expectations discussed at the purchase, yes.
14 Q   What expectations relative to the
15 market abroad were discussed at the time SAC
16 purchased the patent?
17 A   We were talking about sales to one
18 client.
19 Q   Can you identify that client?
20 A   If I'm not wrong, Philippines.
21 Q   Okay. What was the expected time

Page 129

1  frame for having to deliver piston rifles to the
2  Philippines as of the date of purchase of the
3  patent, so as of August 2018?
4  A   I don't know.
5  Q   What were SAC's expectations relative
6  to the market abroad as of August 2018?
7  A   We were buying a piston system because
8  we had clients for a piston system.
9  Q   Sitting here today, August 13th of
10 2020, has SAC sold a rifle adapted with the piston
11 system?
12 A   No.
13 Q   Has SAC manufactured a rifle adapted
14 with the piston system?
15 A   No.
16 Q   Has SAC produced a rifle manufactured
17 with a piston system?
18 A   No.
19 Q   Do you know why?
20 A   Because it didn't work, the system I
21 was buying didn't work.

33 (Pages 126 - 129)

Page 146

1  it. I'm not blind or deaf to that.
2  But, especially due to the fact we do
3  have a confidentiality order in place, I think we
4  should be able to have this discussion openly,
5  knowing that it's protected pursuant to the
6  court's order of May 8th.
7  A  Sorry. Just let me know the
8  information you need.
9  Q  Okay.
10  MR. WILLMAN: Jose, you can --
11  anything that you say, we can mark, designate as
12  confidential and that stays in this transcript and
13  nobody else can see it.
14  But, to the extent you know or believe
15  you're prevented by ITAR to disclose, then I would
16  say do not disclose to that extent.
17  A  Okay. Go ahead.
18  Q  As you mentioned earlier, that, you
19  know, you have a family to support and that
20  $2.5 million is a lot of money, which I agree with
21  that. It's a lot of money.

Page 147

1  But, as of June 2019, was SAC
2  operating on a cash positive basis?
3  A  No.
4  Q  How far in the red was SAC operating
5  as of June 2019?
6  A  I don't remember, sir. It's been one
7  year.
8  Q  From the standpoint of supporting, you
9  personally supporting SAC, in addition to the
10  monies that you were paying over to pay for AMBI's
11  patent, were you contributing any additional money
12  to SAC as of June 2019?
13  A  Yes, sir.
14  Q  And on a monthly basis, on average,
15  how much would you have to personally contribute
16  to SAC towards its operations?
17  A  I don't remember, sir, but I had to --
18  I had -- all -- I used to support all the money
19  that the company was let's say necessary to, let's
20  say, close -- zero to zero, you know.
21  THE REPORTER: I didn't get that. All

Page 148

1  the company what?
2  A  I was -- I used to send the money to
3  the company, all the money that was necessary to
4  the company to pay all the bills.
5  Q  And, as of June of 2019, you don't
6  have a recollection as to what that amount would
7  have been on a monthly basis back then?
8  A  No, sir.
9  Q  What about today? Are you still
10  supporting the company personally?
11  A  No.
12  Q  When did that stop?
13  A  This year.
14  Q  What changed this year that allowed
15  you to step back from financially supporting the
16  company?
17  A  COVID-19 and elections here.
18  Q  What -- how did COVID-19 affect you
19  not having to financially contribute to the
20  wherewithal of SAC?
21  A  The American market is buying

Page 149

1  everything they can, so everything I produce I can
2  sell.
3  Q  So every year, meaning looking back,
4  if you compare where SAC was in August of '19
5  versus August of 2020, there's a -- the difference
6  is that there's an increase in sales volume in
7  2020 over 2019?
8  A  Yes.
9  Q  Do you know by how much?
10  A  No.
11  Q  Are the sales coming from any
12  particular division within SAC, the 2020 sales?
13  A  Not a specific division. Everything I
14  can produce I can sell. The market is buying
15  everything.
16  Q  All right. So, whether it's a surgeon
17  rifle, you're able to sell those surgeon rifles?
18  And the ammo, you're able to sell the ammunition,
19  correct?
20  A  Yeah. I can sell everything.
21  Q  And the Armalite, whatever you're

38 (Pages 146 - 149)

```
                                                Page 150
 1  producing through Armalite, you're able to sell
 2  through that group as well?
 3      A   Yes, sir.  I can sell.
 4      Q   The products you're selling to date,
 5  do any of those products include an SAC rifle
 6  adapted with any type of piston system?
 7      A   No, sir.
 8      Q   All direct impingement stuff as far as
 9  Armalite is concerned?
10      A   I'm sorry?
11      Q   I said, direct impingement system, as
12  far as Armalite rifles are concerned?
13      A   Can you translate that for me, sir,
14  please?
15          THE INTERPRETER:  Impingement system,
16  is there another way to say that?  I don't -- I
17  would have to look that up to say that in
18  Portuguese.  I can look it up.
19      Q   No, that is okay.  I'll withdraw the
20  question.  There's no need for him to answer.
21          MS. MARINI:  Can you explain what is
```

```
                                                Page 151
 1  an impingement system for us in English?  Can you
 2  try to explain?
 3          MR. DORSEY:  I'll withdraw that, and I
 4  will move on.
 5      Q   So the money that you personally
 6  forwarded to SAC, with which it paid AMBI for the
 7  purchase of the patent, have you been reimbursed
 8  those funds?
 9      A   No.
10      Q   Has SAC abandoned its efforts to
11  manufacture a firearm that's adapted with any type
12  of gas piston system?
13      A   Can you translate that for me, sir,
14  please?
15          THE INTERPRETER:  Yes.  (The
16  Translator is translating.)
17      A   Yes.  We are not developing anything
18  now.
19      Q   Why is that?
20      A   Because I have already spent
21  $1.1 million to try to buy something that doesn't
```

```
                                                Page 152
 1  work, so I said, okay, let's keep working with
 2  what we have.
 3      Q   I'm still trying to figure out, and I
 4  hate to keep harping on this point, but I want to
 5  make sure --
 6          Maybe this can be something that is
 7  translated, just so we can accurately get on the
 8  record what the deponent's position is.
 9          Jose, when you say you purchased, you
10  spent $1.1 million on a system that does not work,
11  what do you mean by the system does not work?  Can
12  you translate that, please?
13          MR. WILLMAN:  Asked and answered, but
14  you can --
15          MR. DORSEY:  I just want to make sure.
16          MR. WILLMAN:  You can answer.
17          MR. DORSEY:  Thanks.
18          THE INTERPRETER:  (The Translator is
19  translating.)
20      A   The email that you just showed us a
21  few minutes ago, my team says -- says that the
```

```
                                                Page 153
 1  system doesn't fit our rifles.
 2          The video that you showed us showing a
 3  guy shooting doesn't mean that fits the rifle,
 4  that I can trust the system.
 5          You just showed us one email a few
 6  minutes ago from my team saying that it's
 7  necessary, 11 months, maximum, to make the system
 8  work.
 9      Q   Are you aware that your team actually
10  sought to change the design of the piston system?
11      A   No.
12      Q   That when Mr. Wallace started to work
13  on the piston system, that -- that he wanted
14  certain modifications made to the piston system
15  that aren't within the patent itself?
16      A   No.
17          THE INTERPRETER:  Mr. Dorsey, I found
18  a possible translation for impingement system.  Do
19  you want me to convey it to them?
20          MR. DORSEY:  No, that's okay.
21          THE INTERPRETER:  No need?
```

|  | Page 162 |
|---|---|
| 1 | has an SAC email address? |
| 2 | A    He has -- he used to have. |
| 3 | Q    When did that change? |
| 4 | A    When I opened SAC Brazil. |
| 5 | Q    When did you do that? |
| 6 | A    In the beginning of this year, if I'm |
| 7 | not wrong. |
| 8 | Q    I'm sorry? |
| 9 | A    In the beginning -- in the beginning |
| 10 | of this year, if I'm not wrong. |
| 11 | Q    Okay.  Why did you decide to open up |
| 12 | an SAC in Brazil? |
| 13 | A    Because I live here.  It's my country. |
| 14 | Q    So how many employees does SAC employ |
| 15 | at its SAC Brazil location? |
| 16 | A    How many employees we have here? |
| 17 | Q    Correct. |
| 18 | A    Probably three or four. |
| 19 | Q    Who are they? |
| 20 | A    Who are they? |
| 21 | Q    Yes. |

|  | Page 163 |
|---|---|
| 1 | A    I have a financial guy.  I have a |
| 2 | sales guy, and I have a technical guy. |
| 3 | Q    Tell me about the technical guy.  What |
| 4 | does -- what does he do? |
| 5 | A    He talks with the police here in |
| 6 | Brazil about our rifles. |
| 7 | Q    And does he -- does he communicate |
| 8 | that information back to SAC folks in the U.S.? |
| 9 | A    No. |
| 10 | Q    Does SAC have its own manufacturing |
| 11 | base within Brazil? |
| 12 | A    Manufacturing based in Brazil? |
| 13 | Q    Yes. |
| 14 | A    No. |
| 15 | Q    Going back to Exhibit 18, do you |
| 16 | recall a Skype call where you and Mr. Mello were |
| 17 | on with Mr. Brown, and you -- |
| 18 |      I want to direct your attention to the |
| 19 | key topics identified on Exhibit 18. |
| 20 | A    Okay. |
| 21 | Q    Do you recall apologizing to Mr. Brown |

|  | Page 164 |
|---|---|
| 1 | for Mr. Ottoni's phone call and his approach? |
| 2 | A    Yes. |
| 3 | Q    Why did you find it necessary to |
| 4 | apologize for Mr. Ottoni's approach? |
| 5 | A    Because I think Mr. Ottoni didn't use |
| 6 | the correct words to talk to Mike, to Mr. Brown, |
| 7 | sorry. |
| 8 |      And he told me that Mr. Brown was, can |
| 9 | I say, upset or sad about the call, and that was |
| 10 | never my intention. |
| 11 | Q    What was your intention? |
| 12 | A    I was asking Mike's help -- sorry, |
| 13 | Mr. Brown's help to help me to manage the |
| 14 | situation that we were facing with all the money |
| 15 | that I had already paid for one year and the |
| 16 | system was not working. |
| 17 | Q    Assuming that the date on your |
| 18 | Exhibit 18 is correct, that the Skype call |
| 19 | occurred on July 25th, 2019, had SAC still |
| 20 | intended to go forward with attempting to adapt |
| 21 | the piston system onto its rifles as of that time? |

|  | Page 165 |
|---|---|
| 1 | A    Sir, I don't remember any more. |
| 2 | Q    Key topic number two states:  Jose |
| 3 | stated that he had to make a decision between the |
| 4 | company and his family.  His wife gave him an |
| 5 | ultimatum.  Does that sound familiar to you? |
| 6 | A    Yes, sir. |
| 7 | Q    Can you tell me about that? |
| 8 | A    Again, I -- |
| 9 | Q    Tell me -- |
| 10 | A    Again, sorry.  My -- how can I say, |
| 11 | compromise-- sir, how can I say compromisso in |
| 12 | English? |
| 13 |      THE INTERPRETER:  Commitment. |
| 14 | A    My commitment was to pay $2.5 million. |
| 15 | I was traveling to U.S.A. every two months, and |
| 16 | the system was not working, and my team asked for |
| 17 | another year for the system to work. |
| 18 |      It's up to each individual, but I |
| 19 | can't sleep when I have a commitment to pay |
| 20 | another 1.5 million towards someone and the system |
| 21 | is not working, especially because I agreed to buy |