# EXHIBIT 2

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3                       (Northern Division)

4      AMBIMJB, LLC

5                 Plaintiff/

6       Counter-Defendant

7      vs.

8      STRATEGIC ARMORY

9      CORPS, LLC

10                Defendant/

11     Counter-Plaintiff

12     _____/

13

14

15           The Virtual Zoom Deposition of JASON KALUA

16     was held on Monday, August 4, 2020, commencing at 9:00

17     a.m., at the Office of Black Circle Group, 10901 State

18     Road 52, Hudson, Florida 34669, before Susan Wootton,

19     Notary Public.

20

21     REPORTED BY:  Susan Wootton, RPR, CLR

Page 22

1  provide the government, yes.
2         Saudi Arabia. Do you need all of them
3  for every one that's ever happened?
4     Q   Well, what, so we're dating back to
5  2013. You've identified Saudi Arabia.
6         So, can you -- why don't you just give
7  me a few more?
8     A   SOCOM.
9     Q   SOCOM is the Southern Command?
10    A   Yeah, here in Tampa.
11    Q   You said you started Black Circle
12 Group, Inc.? Are you the -- is it an Inc.?
13    A   LLC.
14    Q   Is it an Inc. or LLC?
15    A   LLC.
16    Q   Are you the sole member of Black
17 Circle Group, LLC?
18    A   Yes.
19    Q   Do you -- do you have any employees?
20    A   Yes.
21    Q   How many employees does Black Circle

Page 23

1  Group have?
2     A   Four.
3     Q   Four?
4     A   Yes.
5     Q   Does Black Circle Group have any
6  independent contractors?
7     A   No.
8     Q   Did there come a time when you --
9  since 2013 that you've been employed or you were
10 employed by an entity, other than Black Circle
11 Group, LLC?
12    A   Yes.
13    Q   Who or which entity was that?
14    A   Strategic Armory Corps.
15    Q   When did you start working for
16 Strategic Armory Corps?
17    A   2018.
18    Q   What was your title at the time?
19    A   Chief executive officer.
20    Q   How is it that you became the chief
21 executive officer of Strategic Armory Corps? Did

Page 24

1  you apply for a position?
2     A   No. I know some of the members from
3  Brazil that work on the Brazil side, and they had
4  approached me to help them.
5     Q   Help them with what?
6     A   Running the operations.
7     Q   In which way?
8     A   As the executive officer of the
9  company to run day-to-day operations at their
10 facility in Arizona.
11    Q   You said you knew members of their
12 team from Brazil. Which of those members did you
13 know?
14    A   Ruy Mello and Vicente Alcona.
15    Q   So, Ruy Mello, is that -- is the first
16 name spelled R-U-Y?
17    A   Yes.
18    Q   And Vicente is V-I-C-E-N-T-E?
19    A   Yes.
20    Q   How did you know Ruy Mello?
21    A   Through -- I met them through

Page 25

1  competitions, the SWAT round-up and sniper,
2  International Sniper Competition.
3     Q   Did you accept the position as chief
4  executive officer with SAC in 2018?
5     A   Yes.
6     Q   And did you physically relocate, or
7  relocate to Phoenix, Arizona, at that time?
8     A   Yes.
9     Q   Can you give me a month in 2018 when
10 you started?
11    A   May.
12    Q   May?
13    A   It was the first week of May.
14    Q   Prior to becoming employed at SAC, did
15 you know a gentleman by the name of Michael Brown?
16    A   I did.
17    Q   How did you know Mr. Brown prior to or
18 as -- prior to May of 2018?
19    A   When they -- when he was the vice --
20 senior vice president of Abcor.
21    Q   And how did you know him in that

Page 38

1  at all while you were employed at SAC?
2  A  No.
3  Q  How long were you the CEO of SAC?
4  A  One year.
5  Q  So from May 2018 until May 2019?
6  A  Yes.
7  Q  Do you know a particular date in May
8  that was your last date of employment with SAC?
9  A  I don't remember.
10 Q  Why did you leave?
11 A  My other companies had -- my Black
12 Circle Group had won a large Middle Eastern
13 contract.
14 Q  Was your departure from SAC a
15 voluntary departure?
16 A  Yes.
17 Q  Do you recall what your SAC email
18 address was?
19 A  JKalua@SACfirearms.com, S-A-C,
20 firearms.com.
21 Q  As far as physical documents are

Page 39

1  concerned, did you maintain physical documents
2  related to your work as CEO of SAC?
3  A  Yes.
4  Q  And where were those physical
5  documents maintained?
6  A  At the office.
7  Q  Was there a particular file cabinet,
8  or is there a file room, or where specifically?
9  A  It was in my office.  I had one file
10 cabinet at my desk and one file cabinet behind me.
11 Q  Can you just describe generally what
12 the nature of those documents were?
13 A  Contracts, employee agreements,
14 budgets, financial documents, marketing documents.
15 Q  Did you also maintain electronic
16 documents related to your work at SAC?
17 A  Yes.
18 Q  And electronically, where were those
19 maintained?
20 A  On the computer.
21 Q  Was there a particular directory on

Page 40

1  the computer?
2  A  We had an ERP system.
3  Q  What is an ERP system?
4  A  Event reporting.
5  Q  Was there a particular -- do you
6  recall the developer of that system or who --
7  A  No.
8  Q  And what type of electronic documents
9  did you maintain related to your employment?
10 A  Employee contracts, vendor contracts,
11 vendor agreements, distribution agreements,
12 operational programs, budgets and financing.
13 Q  As far as the documents that you
14 maintained, physical documents, were they under
15 lock and key?
16 A  Yes.
17 Q  And who had access to the documents,
18 the physical documents that you maintained?
19 A  Me.
20 Q  As far as the electronic documents,
21 were they password protected?

Page 41

1  A  Yes.
2  Q  And do you know who else, other than
3  yourself, had access to those same documents?
4  A  No one.
5  Q  Did you keep any notes, diaries or
6  journals of your work while you were employed at
7  SAC?
8  A  No.  Excuse me --
9  Q  Yes.
10 A  -- I did keep a calendar.
11 Q  Okay.  A physical calendar?
12 A  No, electronic calendar.
13 Q  Electronic calendar?
14 A  Yes.
15 Q  I'm sure I can surmise, but what type
16 of information did you maintain on the electronic
17 calendar?
18 A  Dates and appointments.
19 Q  Okay.  And was it a -- was it a
20 company-wide calendar, or was it just your own
21 individual calendar?

Page 42

1    A    Just my own individual calendar.
2    Q    Mr. Kalua, during the course of your
3  deposition, I'm going to introduce exhibits, and
4  we're doing that electronically, so you should see
5  on your screen what's been identified as
6  Exhibit 1.
7         (Kalua Exhibit 1 was marked remotely
8  for purposes of identification.)
9    Q    So, from a technical standpoint, just
10 confirm that you're actually able to see that?
11   A    No.
12   Q    No?
13   A    Yes.
14   Q    I'm sorry?
15   A    Yes.
16   Q    You do see that now?
17   A    Yes.
18   Q    Okay.  Good.  All right.  So, what you
19 have is -- it's marked on the very first page as
20 Exhibit 1, and this is your notice to have oral
21 deposition.  Have you -- had you seen that prior

Page 43

1  to this morning?
2    A    Yes.
3    Q    What did you do to prepare for this
4  morning's deposition?
5    A    Prepare?
6    Q    Yes.
7    A    I just had one -- I spoke to the
8  lawyer.
9    Q    How many times -- and by the lawyer
10 you mean counsel for SAC?
11   A    Yes.
12   Q    And did you speak with Mr. Tiller?
13   A    Yes.
14   Q    You said that you spoke with him one
15 time?
16   A    Three times.
17   Q    Three times?
18   A    Yes.
19   Q    How long did those conversations last?
20   A    Fifteen to 20 minutes.
21   Q    Was anyone else on the line, other

Page 44

1  than yourself and Mr. Tiller, if you know?
2    A    Just once.
3    Q    And on the occasion when someone other
4  than Mr. Tiller and yourself were on the line, who
5  else was on the line, do you know?
6    A    Another counselor.
7    Q    Did you speak with anyone else in
8  preparation for this morning's deposition?
9    A    No.
10   Q    Did you review any documents to
11 prepare for this morning's deposition?
12   A    No.
13   Q    Did you take any notes in preparation
14 for this deposition?
15   A    No.
16   Q    Did you bring any notes with you this
17 morning, as far as the deposition is concerned?
18   A    No.
19   Q    Have you spoken with Jose concerning
20 today's deposition?
21   A    No.

Page 45

1    Q    When is the last time you spoke with
2  Jose?
3    A    Through texts a month ago.
4    Q    And what was the nature of the text
5  exchange?
6    A    It was just -- they were looking for
7  help on sales.
8    Q    Sales of what?
9    A    Rifles.
10   Q    What type of rifles?
11   A    All the rifles.
12   Q    All the rifles?
13   A    Yes.
14   Q    Were you able to provide SAC with help
15 on sales of rifles?
16   A    No.
17   Q    Did you refer them to someone who may
18 be able to help them?
19   A    No.
20   Q    Did there come a time when SAC became
21 interested in a gas piston system?

Page 26

1  capacity?
2  A    The company that I went to had done
3  consulting for them, Miller Group International,
4  so the owner knew Mike and introduced me.
5  Q    And who was the owner of Miller Group
6  International?
7  A    Colby Miller.
8  Q    Colby Miller?
9  A    Yes.
10  Q    Do you know how Mr. Miller knew
11  Mike -- when you say Mike, you're referring to
12  Michael Brown?
13  A    Yes. Sorry.
14  Q    Do you know how Mr. Miller knew
15  Michael Brown?
16  A    Their company, prior to me arriving at
17  Miller Group, they were consulting for -- for the
18  company that Mike worked for.
19  Q    When you became employed as CEO of SAC
20  in 2018, who did you report to?
21  A    Jose.

Page 27

1  Q    And what is Jose's last name?
2  A    Schincariol.
3  Q    For purposes of the deposition, I'll
4  just refer to Jose as Jose, okay? So you
5  understand that when I say Jose I'm referring to
6  Mr. Schincariol?
7  A    Okay.
8  Q    What was Jose's -- when you started
9  employment at SAC, what was Jose's relationship
10  with the company?
11  A    He's the owner.
12  Q    Was Ruy Mello employed by SAC when you
13  started as chief executive officer?
14  A    Yes.
15  Q    In which capacity was Ruy Mello
16  employed?
17  A    He was on the Brazil side, so I'm not
18  sure of his exact job responsibilities in Brazil.
19  Q    Was Vicente Alcona also employed by
20  SAC at the time?
21  A    Yes.

Page 28

1  Q    In which capacity was Mr. Alcona
2  employed in or about May of --
3  A    Consultant.
4  Q    I'm sorry?
5  A    Consultant.
6      THE REPORTER: And I did not get the
7  end of your question because you are talking over
8  each other. There's a little bit of a time gap.
9  Q    In or about May of 2018 is how I ended
10  the question.
11      THE REPORTER: Thank you.
12  Q    By the way, did Jose maintain an
13  office at the facilities, at SAC facilities in
14  Phoenix?
15  A    Yes.
16  Q    Do you know whether Jose is a citizen
17  of the United States?
18  A    He is not.
19  Q    Do you know whether Jose is a
20  permanent resident of the United States?
21  A    He is not.

Page 29

1  Q    How about Ruy Mello, do you know
2  whether Mr. Mello is a citizen of the United
3  States?
4  A    He is not.
5  Q    Do you know whether Mr. Mello is a
6  permanent resident of the United States?
7  A    He is not.
8  Q    Do you know whether Mr. Alcona is a
9  citizen of the United States?
10  A    He is not.
11  Q    Do you know whether Mr. Alcona is a
12  permanent resident of the United States?
13  A    He is not.
14  Q    Did Mr. Mello maintain an office at
15  SAC facilities in Phoenix?
16  A    No.
17  Q    Would he visit the facility in
18  Phoenix?
19  A    Yes.
20  Q    Did Mr. Alcona maintain an office at
21  the SAC facilities in Phoenix?

8 (Pages 26 - 29)

Page 46

1  A  Yes.
2  Q  When was that?
3  A  Prior to my employment.
4  Q  And how do you know that?
5  A  They called me.
6  Q  Who is they?
7  A  Jose and Ruy.
8  Q  What did they say?
9  A  Ruy called me first and asked me if I
10 would set up a meeting with a gas piston company
11 located here in Florida.
12 Q  When was that call?
13 A  April -- April or March of 2018.
14 Q  Do you remember the name of the gas
15 piston company in Florida?
16 A  Adams Arms.
17 Q  And did you set up a meeting with
18 Adams Arms?
19 A  I did not.
20 Q  Why not?
21 A  I didn't think the company was viable.

Page 47

1  Q  And by "the company," are you
2  referring to Adams Arms or SAC?
3  A  Adams Arms.
4  Q  And why didn't you -- or why did you
5  think that Adams Arms was not viable, at least as
6  of March or April of 2018?
7  A  They were having internal problems.
8  Q  And you reported that back to Ruy?
9  A  I did.
10 Q  And what happened next relative to
11 SAC's interest in the gas piston system?
12 A  I told them that I could find another
13 one.
14 Q  When you told them that, did you have
15 any particular individual or company in mind at
16 the time?
17 A  I knew that I could find one, yes.  I
18 didn't have any particular in my head, but I knew
19 I could reach out to people to find one.
20 Q  Okay.  What did you do in furtherance
21 of your efforts to find or locate a gas piston

Page 48

1  system company at that time?
2  A  I talked to some people, and then I
3  contacted Mike Brown.
4  Q  Can you tell me with whom you spoke?
5  A  I spoke to Colby Miller.
6  Q  Okay.  Anybody else?
7  A  No.
8  Q  What was the nature of your call with
9  Mr. Miller, relative to that inquiry?
10    Did you just say, "hey, I'm looking
11 for a gas piston system," or tell me about that
12 conversation?
13 A  I just said, "Hey, do you think Mike
14 has a gas piston system?"
15 Q  Okay.  As a result of your call with
16 Mr. Miller, what did you do?
17 A  I called Mike Brown.
18 Q  How did you know how to get in contact
19 with Mike, Mr. Brown?
20 A  I had his number.
21 Q  Do you recall when you initially made

Page 49

1  contact with Mr. Brown concerning a gas piston
2  system?
3  A  It was in April.
4  Q  Do you recall what you and --
5  spoke with --
6    Do you recall what you and Mr. Brown
7  discussed during your initial -- by the way, was
8  this a telephone conversation?
9  A  Yes.
10 Q  It wasn't an in-person meeting or
11 anything?
12 A  No.
13 Q  Do you recall what you and Mr. Brown
14 discussed over the phone during your initial call
15 with him?
16 A  I just asked him if he had a gas
17 piston system.
18 Q  And do you recall what his response
19 was?
20 A  Yes.
21 Q  What was his response?

Page 50

1    A    Yes.
2    Q    Okay.  And what did you do next in
3  relation to -- as a result of Mr. Brown confirming
4  that he had a gas piston system?
5    A    I asked him if he was willing to sell
6  it.
7    Q    What was his response?  What was
8  Mr. Brown's response to that question?
9    A    Yes.
10   Q    Did Mr. Brown describe the gas piston
11 system to you during this initial April 2018 call?
12   A    I don't remember.
13   Q    Did you ask details related to the gas
14 piston system during the April 2018 call?
15   A    I don't remember.
16   Q    When you asked Mr. Brown whether he
17 was interested in selling it, why is it that you
18 were looking for a purchase of a patent or for
19 purchase of a gas piston system as opposed to like
20 just licensing of the system itself?
21   A    Because their -- SAC's initial idea

Page 51

1  was to own Adams Arms and purchase Adams Arms.
2    Q    So, as a result of that, you concluded
3  that it had an interest in owning its own gas
4  piston system?
5    A    Yes.
6    Q    Do you know why SAC had an interest in
7  owning a gas piston system?
8    A    No.
9    Q    Did you inform -- strike that.
10       What, if anything, did you inform
11 Mr. Brown relative to what SAC wanted to do with a
12 gas piston system?
13   A    I just told him that they were looking
14 to purchase Adams Arms and if he had a piston
15 system that would be for sale.
16   Q    Did Mr. Brown, while he said, yes, he
17 would be willing to sell, did you guys talk about
18 a purchase price or anything at that time?
19   A    I don't think at that time.
20   Q    Did you get a sense from SAC as to how
21 much they were willing to pay for -- or to acquire

Page 52

1  a gas piston system?
2    A    No.
3    Q    During this initial phone call in
4  April 2018, did you inform Mr. Brown whether SAC
5  wanted to adapt a gas piston system onto its
6  rifles at the time?
7    A    No.
8    Q    Did Mr. Brown tell you, during this
9  initial call, that the AMBI gas piston system
10 would fit seamlessly onto a particular SAC rifle?
11   A    No.
12   Q    So what happened next, if you recall,
13 relative to SAC's interest in acquiring AMBI's gas
14 piston system?
15   A    No.  I went back to Ruy and Jose, and
16 I told them that, again, going to Adams Arms would
17 be a costly liability -- roughly at that time, it
18 was around 10, 12 million -- and that I could get
19 them their own piston system to put in their own
20 name for a lot less without the company liability.
21   Q    And what was their response to that?

Page 53

1    A    Okay.
2    Q    So what did you do next?
3    A    I set up a meeting.
4    Q    By that time, had you become employed
5  as the CEO with SAC?
6    A    No.
7    Q    How did you go about setting up a
8  meeting?
9    A    I contacted all parties and asked if
10 there was a time they could come to do a
11 demonstration.
12   Q    When you say, "all parties" who are
13 you referencing?
14   A    SAC and Mike Brown.
15   Q    And who from SAC did you reach out to
16 as to their interest in -- as far as their
17 availability and a demonstration?
18   A    I -- I spoke to both Ruy and Jose.
19   Q    Did either one of them express an
20 interest?
21   A    Yes.

Page 54

1  Q    Which one of them -- which one
2  expressed an interest?
3  A    Both.
4  Q    Did you actually set up or schedule a
5  demonstration?
6  A    Yes.
7  Q    Mr. Kalua, you should see Exhibit 2 on
8  the screen before you?
9       For the record -- I apologize, Madam
10 Court Reporter, for the record, Exhibit 2 consists
11 of three pages, and it's Bates AMBI_1301 through
12 AMBI_1303.
13      Mr. Kalua, let me just know when
14 you've finished reviewing the document?
15 A    I somehow got logged out of it.
16      (Kalua Exhibit 2 was marked remotely
17 for purposes of identification.)
18 A    I'm done.
19 Q    Do you recognize the email from
20 Mr. Brown to yourself dated March 22nd of 2018?
21 A    I do.

Page 55

1  Q    Does Exhibit 2 put forth, I guess, the
2  appropriate -- the actual time frame within which
3  this demonstration was to occur, that being March
4  or April of 2018?
5  A    Yes.
6  Q    What is a Mil-Spec Test?
7  A    To military specification.
8  Q    What does that -- what does that mean?
9  A    To fire under certain -- to test
10 tolerance under certain conditions.
11 Q    Is it important or was -- strike that.
12      Was it important that SAC actually
13 undertake a Mil-Spec test of the AMBI piston
14 system?
15 A    Yes.
16 Q    And why was that?
17 A    To properly check the system
18 operation.
19 Q    The email in Exhibit 2 from Mr. Brown
20 to yourself indicates that it would be -- a
21 testing would occur in April of 2018. Did the

Page 56

1  testing actually occur?
2  A    Yes.
3  Q    Do you know when it occurred?
4  A    I don't remember the exact date.
5  Q    Who was present during the testing of
6  the AMBI piston system?
7  A    Myself, Mike Brown, Jose Schincariol,
8  Ruy Mello, Vicente Alcona. I don't remember
9  Jack's last name.
10 Q    Mr. Oliver?
11 A    Oliver, Jack Oliver and Brian Kline.
12 Q    Where did the test occur?
13 A    Scottsdale Gun Club.
14 Q    In order for the test to occur at
15 Scottsdale -- Scottsdale Gun Club, did you have to
16 actually book a time at the club in advance of the
17 test or could you just show up and do the test?
18 A    I did not set up the test. I only
19 went to the meeting.
20 Q    Do you know who set up the test?
21 A    It was SAC.

Page 57

1  Q    You weren't employed by SAC at the
2  time?
3  A    No.
4  Q    Do you know who from SAC set up the
5  test?
6  A    Brian Kline.
7  Q    What did you observe at the -- at the
8  demonstration?
9  A    Test fire.
10 Q    By whom?
11 A    Multiple people, multiple people took
12 turns firing the gun.
13 Q    Did Jose fire the gun?
14 A    No.
15 Q    So multiple -- can you tell me -- can
16 you identify those individuals that actually
17 fired?
18 A    Jack Oliver, Brian Kline, Vicente
19 Alcona and Ruy Mello, and Mike Brown.
20 Q    The exhibit -- the email in Exhibit 2
21 references a procedure?

Page 66

1 A No.
2 Q Was there a time frame given by which
3 SAC would want to incorporate the AMBI piston
4 system into SAC rifles?
5 A No.
6 MR. DORSEY: Can you read that
7 question and answer back?
8 (The reporter read back as requested.)
9 MR. DORSEY: Thank you.
10 Q Mr. Kalua, you'll see populated before
11 you Exhibit 3?
12 A Yes.
13 Q Exhibit 3, for the record, is Bates
14 number AMBI_717.
15 And, just so you know, Mr. Kalua, the
16 exhibit sticker on Exhibit 3 kind of is -- it's
17 overlaying what we refer to as a Bates number.
18 The Bates number is just an identifier
19 of a document itself. So you'll see -- you'll see
20 on Exhibit 3 the one seven kind of leaking off to
21 the right.

Page 67

1 You can't see it -- the full Bates
2 number -- but just for the record, per the court
3 reporter's instructions, I'm advising her that
4 it's Bates numbered Ambimjb_717.
5 A Okay.
6 (Kalua Exhibit 3 was marked remotely
7 for purposes of identification.)
8 Q So Exhibit 3 is a text message to
9 Jason Kalua dated May 2nd. Do you see that?
10 A Yes.
11 Q And it appears to be from you to
12 Mr. Brown; is that correct?
13 A Yes.
14 Q It says: Good morning, Mike. I
15 wanted to give a quick update on the purchase of
16 the piston patent.
17 So, as of May 2nd, 2018, were you the
18 CEO of SAC?
19 A Yes.
20 Q It goes on to read: We had a meeting
21 yesterday regarding new product acquisition.

Page 68

1 Can you tell me who the "we" is that
2 you're referring to in your text message here?
3 A Myself and Jose.
4 Q And the meeting that you had that's
5 referenced in your text message, was that a
6 face-to-face meeting?
7 A Yes.
8 Q Where did that meeting occur?
9 A Phoenix.
10 Q Your text message goes on to read:
11 SAC has decided to move forward with the purchase.
12 Because Jose is leaving to go back to
13 Brazil, SAC will be working on the finance to
14 acquire the patent here in the U.S. until he
15 returns in a month.
16 Tell me what, your understanding as to
17 what SAC would be working on with regard to the
18 financing to acquire the patent?
19 A Putting the money together.
20 Q You go on to write or text: I gave
21 them three million as the buy price and that maybe

Page 69

1 you would go down to 2.5. I also told them that
2 it is worth 4 to 5 million.
3 Why did you give SAC 3 million as the
4 buy price as of May 2nd, 2018?
5 A Because four to five was too much.
6 Q Why did -- why was four to five even a
7 part of your thought process at the time?
8 A I believe that was the number I was
9 given.
10 Q Do you know by whom?
11 A Mike.
12 Q Did you tell Mr. Brown that you
13 thought that four to five was too much?
14 A Yeah. I discussed it with Jose.
15 Q And what discussions did you have with
16 Jose concerning the actual purchase price itself?
17 A Where we would be able to go as far as
18 the purchase price, where I thought would be a
19 safe number.
20 Q And what did you believe would be a
21 safe number?

Page 70

1    A    Three million.
2    Q    Your text says that -- to Mike -- that
3    maybe you would go down to 2.5. Why do you think
4    that Mike would go down to 2.5 million?
5    A    I don't know.
6    Q    The text goes on to state: I would
7    like to stay firm on 3, and by 3 you mean
8    3 million, correct?
9    A    Yes.
10   Q    I would like to stay firm on 3, but we
11   will cross that bridge during finance. Why
12   would -- why did you want to stay firm on
13   $3 million?
14   A    Because I wasn't going to go any
15   higher. We weren't going to purchase it at any
16   higher price.
17   Q    Why was that?
18   A    We just weren't.
19   Q    As of May 2nd, 2018, was SAC looking
20   at any other gas piston system?
21   A    No.

Page 71

1    Q    At SAC, as of May 2000 -- May 2nd,
2    2018, had SAC looked into whether it could
3    manufacture its own gas piston system?
4    A    No.
5    Q    Give me one second.
6         Mr. Kalua, you should see Exhibit 4,
7    which, for the record, it's AMBI_1593 to 1598,
8    Bates numbered.
9         Let me know when you've completed
10   reviewing the document?
11        (Kalua Exhibit 4 was marked remotely
12   for purposes of identification.)
13   A    I'm done.
14   Q    Were you involved in negotiation of
15   the Patent Purchase Agreement between SAC and
16   AMBI?
17   A    Yes.
18   Q    What was the level of your
19   involvement?
20   A    I'm not sure what you mean.
21   Q    What did you do? Okay. That's fair.

Page 72

1    What did you do as far as negotiations between SAC
2    and AMBI relative to the Patent Purchase
3    Agreement?
4    A    Give me one second.
5    Q    Can you hear me?
6    A    Yeah, but I can't see you guys any
7    more. I'm in Exhibit Share, but there's no -- you
8    guys are gone.
9         (There was a break in the proceedings at
10   10:10 a.m. and testimony resumed at 10:20 a.m.)
11   Q    Sue, just confirm that there was a
12   standing or hanging question, I believe, when we
13   broke.
14        (The reporter read back as requested.)
15   Q    So can you answer? Can you proceed to
16   answer that question, Mr. Kalua?
17   A    Communicate between myself, SAC and
18   Mike with regards to the purchase.
19   Q    Were you the point person with regards
20   to the Patent Purchase Agreement as far as SAC is
21   concerned?

Page 73

1    A    Yes.
2    Q    So you have before you Exhibit 4?
3    A    Yes.
4    Q    It's an email from Mr. Brown to
5    JasonKalua@SACfirearms.com, correct --
6    A    Yes.
7    Q    -- dated June 25th of 2018. Now, I
8    just want to direct your attention to the second
9    paragraph in Mr. Brown's email.
10        It states -- it starts with: The
11   patent -- the patented system will ensure. Do you
12   see that?
13   A    Yes.
14   Q    And it reads: The patented system
15   will ensure that Strategic Armory Corps will lead
16   the way in new innovative technology.
17        Was SAC as of -- in its pursuit of the
18   AMBI piston patent, what was its intent as far as
19   leading the way as far as new innovative
20   technology is concerned; do you know?
21   A    We were getting ready to -- we were

Page 74

1  going to put out a new rifle platform.
2      Q   Can you describe that platform to me?
3      A   It was -- we would have started off
4  with the AR-15 or 556 Armalite rifle and put
5  the -- make it into a piston driven system.
6      Q   And, as of June 25th, 2018, what
7  efforts had SAC undertaken to -- along that line?
8      A   We did not have a new system in mind.
9      Q   Was there a time frame in which SAC
10 intended to put out an AR-15 with a gas piston
11 system?
12     A   Yes.
13     Q   What was that time frame?
14     A   We wanted to have it out by the
15 following year.
16     Q   Any particular month in the following
17 year?
18     A   January.
19     Q   Why is that?
20     A   SHOT Show.
21     Q   What is a SHOT Show?

Page 75

1      A   It's the International SHOT Show for
2  the industry, for firearms, manufacturing,
3  defense.
4      Q   Did you communicate that, and when I
5  say you, did you on behalf of SAC communicate to
6  Mr. Brown that SAC wanted to put out an AR
7  platform that adapted the gas piston system, prior
8  to the January 2019 SHOT Show?
9      A   I don't remember.
10     Q   Exhibit 4 goes on to read:  The offer
11 price is $2.5 million and a one-time payment, or a
12 two-part payment plan with the first installment
13 of $1.5 million and a second installment of
14 $1.1 million by year end, totaling 2.6 million.
15 Did I read that correctly?
16     A   Yes.
17     Q   The eventual deal that SAC and AMBI
18 entered into, did that agreement consist of a
19 one-time payment of $2.5 million?
20     A   No.
21     Q   Did the eventual deal that SAC and

Page 76

1  AMBI entered into, did that consist of a two-part
2  payment plan with the first installment of
3  $1.5 million and the second installment of
4  $1.1 million to be paid by the year end, for a
5  total of $2.6 million?
6      A   No.
7      Q   In fact, if you can go to the third
8  page -- I'm sorry, the fifth page of Exhibit 4,
9  which is Bates AMBI_1597 --
10     A   Okay.
11     Q   -- and that's the -- at least the
12 front page.  The document is titled, Patent
13 Purchase Agreement, correct?
14     A   Yes.
15     Q   And that's the patent -- the draft
16 Patent Purchase Agreement that Mr. Brown attached
17 to his June 25th, 2018 email when he offered to
18 sell the patent for $2.5 million, correct?
19     A   Yes.
20     Q   And, again, the offer that was
21 attached to Mr. Brown's June 25th email, as far as

Page 77

1  the payment terms were concerned, it was a
2  one-time payment of $2.5 million, correct?
3      A   Yes.
4      Q   And did you, on behalf of SAC,
5  actually sign and return this form or this version
6  of the Patent Purchase Agreement?
7      A   No.
8      Q   Why not?
9      A   We went into a payment breakdown of
10 installments.
11     Q   Do you know whether SAC engaged legal
12 counsel at the time to assist in its efforts to
13 acquire AMBI's piston system?
14     A   No.
15     Q   Do you know why it did not engage
16 legal counsel to help with this purchase?
17     A   No.
18     Q   What discussions, if any, did you have
19 with Jose concerning the actual terms of a Patent
20 Purchase Agreement as of June 2018?
21     A   We were discussing the payment of --

Page 94

1 displays?
2 A Yes.
3 Q What is it?
4 A It's the patent. Two rifles, two
5 pistol rifle systems and two piston systems.
6 Q And do you recall when you first saw
7 what's depicted in the picture of Exhibit 8?
8 A I don't remember the exact date.
9 Q Do you -- So, the picture actually
10 displays, like you said, two rifles, correct?
11 A Yes.
12 Q Do you know whether those actual
13 rifles were actually shot?
14 A Yes.
15 Q Do you know who shot the rifles that
16 are depicted in Exhibit 8?
17 A Yes.
18 Q Who did?
19 A Dale Wallace and Garrett.
20 Q Did their shooting -- did it work when
21 they attempted to shoot the gun?

Page 95

1 A Yes.
2 Q And how do you know that?
3 A Video.
4 Q Who took a video of Mr. Wallace and
5 Garrett. Do you know Garrett's last name, by the
6 way?
7 A I don't.
8 Q Who took a video of Mr. Wallace and
9 Garrett shooting the rifles that are depicted on
10 Exhibit 8?
11 A I think they took it of each other.
12 Q So what happened next in furtherance
13 of SAC's efforts to adapt the gas piston system
14 onto SAC's rifles?
15    MR. TILLER: Objection. You can
16 answer if you understand.
17 A I understand.
18    We took the piston systems and put
19 them to mount on our rifles. Those two rifles are
20 AMBI rifles.
21 Q Okay. So, and what did you find?

Page 96

1 A They didn't fit.
2 Q Do you know why?
3 A I believe the gas block was in the
4 way.
5 Q And what did you do as a result of
6 those findings?
7    MR. TILLER: Objection.
8 Q What happened? What did you do as a
9 result of that?
10 A We contacted Mike.
11 Q What happened? Did Mr. Brown respond?
12 A Yes.
13 Q What did he say or do?
14 A He said he would help us to get --
15 Q And what, if anything, did he do to
16 help you out in that regard?
17 A He flew out to Arizona.
18 Q And while he was out in Arizona, what
19 did he do in relation to attempting to help SAC
20 adapt the piston system onto its rifles?
21 A He was working with our team.

Page 97

1 Q Do you know specifically what he did?
2 A Not specifically.
3 Q Did you get any reports back as to
4 whether Mike's -- Mike was able to assist SAC in
5 adapting the piston system onto an SAC rifle?
6 A Yes.
7 Q And what was the result of those
8 efforts?
9 A That we had it fit.
10    THE REPORTER: You had a fit? I
11 didn't hear you.
12 A That we had it fit.
13 Q Do you know the time frame within
14 which this occurred?
15 A Five days.
16 Q Okay. Do you recall whether it was in
17 September or October of 2018?
18 A I don't recall the exact date.
19 Q Do you know what the scaled down
20 piston assembly is?
21 A Yes.

Page 134

1  A   I don't remember.
2  Q   Okay. Was there ever a time that you
3  came to understand what the innovation was in the
4  AMBI gas piston system?
5  A   I don't remember.
6  Q   Okay. I would like you to take a look
7  at Exhibit 4, please.
8  A   Okay.
9  Q   And, again, just to -- sorry.
10     Again, just to make sure, the SAC was
11 not represented by counsel when it -- with regard
12 to the Patent Purchase Agreement, correct?
13 A   Correct.
14 Q   Do you know whether AMBI was
15 represented by counsel?
16 A   I think just a patent attorney.
17 Q   And the Patent Purchase Agreement
18 that's attached to Exhibit 4 was proposed by
19 Mr. Brown, correct?
20 A   Yes.
21 Q   And the Patent Purchase Agreement that

Page 135

1  was eventually executed was proposed by Mr. Brown,
2  correct?
3  A   Yes.
4  Q   It was not drafted by SAC, was it?
5  A   No.
6  Q   Okay. Going to the email -- sorry, my
7  computer is running a little slow here.
8     Going to the email at the top of
9  Exhibit 4, are you there?
10 A   Yes.
11 Q   Okay. You see, there are some
12 numbered items about halfway through the email,
13 and number 6 says: Product engineering support
14 for the patent life. Do you see that?
15 A   Yes.
16 Q   Did you understand that AMBI would
17 provide product engineering support for the
18 patent -- for the entire term of the patent
19 pursuant to the Patent Purchase Agreement?
20 A   Yes.
21 Q   Okay. When Mr. Brown came out to

Page 136

1  provide engineering support, did he ever say to
2  you, "hey, Jason, I'm going to have to charge you
3  for this?"
4  A   No.
5  Q   Did he ever send you an invoice for
6  any of the consultation work or support that he
7  provided?
8  A   No.
9  Q   Was it your understanding that SAC
10 would be paying extra for the support that
11 Mr. Brown and AMBI provided?
12 A   No.
13 Q   The test that Mr. Wallace did, do you
14 know how many handguards were used during that
15 test?
16 A   No.
17 Q   Do you know how many handguards SAC --
18 strike that.
19     Do you know how many standard
20 handguards SAC had for its AR-15s?
21 A   I believe four.

Page 137

1  Q   Okay. And they're different sizes,
2  correct?
3  A   Yes.
4  Q   Okay. Do you know whether the AMBI
5  gas piston system was ever tested using all four
6  handguards?
7  A   I don't know.
8  Q   You were not directly involved in the
9  engineering efforts to adapt the AMBI gas piston
10 system to the SAC rifles, correct?
11 A   Correct.
12 Q   You were running the entire company,
13 correct?
14 A   Correct.
15 Q   And the AMBI gas piston system project
16 was just one aspect of the company's business
17 while you were the CEO, correct?
18 A   Correct.
19 Q   So you weren't actually down with
20 Mr. Wallace or with Mr. Stevens working on any of
21 the engineering to get this done, correct?