# EXHIBIT 3

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF MARYLAND

3                      Northern Division

4

5      AMBIMJB, LLC,

6             Plaintiff/Counter-Defendant

7      v.                CIVIL CASE NO. 1:20-cv-00807-JKB

8      STRATEGIC ARMORY CORPS, LLC,

9             Defendant/Counter-Plaintiff

10     _____/

11

12          The deposition of JACK OLIVER was held via

13     Veritext Zoom on Friday, August 7, 2020, commencing at

14     10:59 a.m. before Esther Levi, Notary Public.

15

16

17

18

19

20

21     REPORTED BY:  Esther Levi

Page 6

1    Q.  Okay.
2        Well, I'm going to ask you a series of
3    questions.  And I expect that you give me a verbal
4    response to those questions.  Meaning, although we can
5    see each other on the screen, as you can see, there's a
6    court reporter that's on the line, as well.
7        So she is taking down everything that we're
8    saying.  So it's important that you communicate a
9    response to my questions.
10       Okay?
11   A.  Yes.
12   Q.  Okay.
13       And if you don't -- if you don't understand
14   my question, just tell me you don't understand.  I'll
15   do my best to rephrase that question.
16       Not that you're going to need a break, but
17   if you need a break, just say you need a break.  And
18   the only -- my only rule is that we can't break if
19   there's a question pending.  Meaning you have to answer
20   my question before we take a break or anything along
21   that line.

Page 7

1        Are you currently under the influence of any
2    medication that would affect your ability to testify
3    this morning?
4    A.  No.
5    Q.  And just by way of definition, I may
6    throughout the course of the deposition refer to AMBI.
7    And when I mean AMBI, I mean the plaintiff in this
8    matter, A-M-B-I-M-J-B, LLC.
9        Okay?
10   A.  Yes.
11   Q.  And if I say or use the words or the
12   definition, acronym SAC, that means Strategic Armory
13   Corps, which is a defendant in this matter.
14       Okay?
15   A.  Yes.
16   Q.  What's your educational background?
17   A.  High school diploma, associate's degree in
18   gunsmithing and some engineering courses.
19   Q.  When did you obtain your associate's degree
20   in gunsmithing?
21   A.  2008.

Page 8

1    Q.  And you said some engineering courses after
2    that?
3    A.  Yes.
4    Q.  And where were those courses taken?
5    A.  When?
6    Q.  Where.
7    A.  Where?  GateWay Community College.
8    Q.  Can you tell me over what period of time the
9    engineering courses were taken?
10   A.  2010, 11, 12.  I'm not sure.  In that window
11   somewhere.
12   Q.  Okay.
13       Was it -- what's the general nature of the
14   engineering courses that you took over that period of
15   time?
16   A.  Industrial design.
17   Q.  Why did that interest you?
18   A.  I planned on finishing -- -- and getting my
19   engineering degree.
20   Q.  Is that still a desire that you have?
21   A.  Not so much.

Page 9

1    Q.  Do you have any certifications or anything
2    along that line?
3    A.  Yeah.  Well, associate -- I'm a Solidworks
4    certified associate, which is CAD software, design
5    software.
6    Q.  Okay.
7        Any others?
8    A.  No.  Not really.
9    Q.  Are you currently employed?
10   A.  Yes.
11   Q.  By whom?
12   A.  SAC.
13   Q.  And what do you do for SAC?
14   A.  I'm the head of product management and head
15   of engineering and head of Q&A.
16   Q.  So there's -- there's -- those are three
17   separate titles?
18   A.  Yeah.  No, just one title that I hold.
19   Q.  Okay.
20   A.  I'm the head of all the product management.
21   Engineering, QA falls under me.

Page 10

1   Q.  So product management, engineering.
2   A.  Quality assurance.
3   Q.  And -- and quality assurance.
4       And with respect to product management, how
5   many people report to you in that capacity?
6   A.  None.
7   Q.  None.
8       What do your duties consist of as in your
9   role as product -- product manager?
10  A.  If there's a new product that's -- that
11  someone in the company wants to introduce, they come to
12  me.  I work with my guys in engineering.  They work
13  with the machine shop.  They decide whether or not it's
14  something that's viable in terms of can we make it, can
15  we find suppliers for it.  Then we work with finance to
16  figure out how much it's going to cost.  So on, so
17  forth.
18      I also handle creating the item numbers in
19  our -- in our ERP system.  Creating the -- --
20  materials.  Managing the product.
21  Q.  How often does that happen when someone

Page 11

1   under SAC's employ comes up with a new idea and they --
2   they pitch it to you and run it by you?
3   A.  How often?  Is that what you said?
4   Q.  Yeah, how often.
5   A.  I'd say less than once a month, but more
6   than six times in a half a year.
7   Q.  As far as your role as the -- I guess you're
8   the head of engineering with SAC?
9   A.  I oversee it.
10  Q.  Oversee it?
11  A.  I'm the only -- I'm the only person really
12  in it.  I have a -- I have an employee who does all our
13  CAD for us, you know reads our drawings.  I supervise
14  him.
15  Q.  And who is that?
16  A.  Al Garcia.
17  Q.  And so you said you're the only -- you're
18  the only employee within SAC's engineering department?
19  A.  Yes.  Me and Al.
20  Q.  Is that a challenge for you being the --
21  A.  Yes --

Page 12

1   Q.  I'm sorry.  I didn't give this instruction,
2   and I will.  Just so we're on the same page.  Just let
3   me finish my question before you answer, and then I'll
4   do my best to allow you to answer fully before I move
5   on to the next question.
6       Okay?
7   A.  Okay.  Apologize.
8   Q.  No, hey.  No need to apologize.
9       So with respect to being the only employee
10  in the engineering department, that -- is that -- is
11  that a challenge for you?
12  A.  Yes.
13  Q.  And how so?
14  A.  Well, like I said, it's not -- that's not my
15  only role and responsibility in the company so.
16  Q.  When did you start -- when were you first
17  employed by SAC?
18  A.  Well, SAC was -- is a company that purchased
19  five -- four other companies that existed prior to SAC.
20  I was with McMillan, but it was purchased in 2013.
21  Q.  When you were with McMillan, what -- what

Page 13

1   was your -- what were your duties there?
2   A.  I was the R&D technician.
3   Q.  With your role or in your role as quality
4   assurance -- so you're the head of quality assurance at
5   SAC presently?
6   A.  I manage the quality department.
7   Q.  And how many employees are in the quality
8   department?
9   A.  Two.
10  Q.  Probably goes without saying, but just for
11  the record what -- what does the -- what's the function
12  of the quality department in SAC?
13  A.  They measure incoming parts to make sure
14  that they're within our specifications and tolerances.
15  They also measure the manufactured parts that we
16  machine here to make sure they're staying in spec.  We
17  check the firearms before they leave the building.
18  That type of thing.
19  Q.  And same question as far as your role as the
20  engineering department.  What is your function there?
21  What is that department's function?

|  | Page 34 |
|---|---|
| 1 | Q. Is SAC working on any rifles that is adapted |
| 2 | or equipped with a gas piston system as of today? |
| 3 | A. No. |
| 4 | (Oliver Deposition Exhibit 2 was marked for |
| 5 | purposes of identification.) |
| 6 | Q. Now Exhibit 2 should be on the screen before |
| 7 | you. For the record, Exhibit 2 is the counterclaim of |
| 8 | defendant counter-plaintiff Strategic Armory Corps, |
| 9 | LLC. Let me know when you've completed a review of |
| 10 | that. |
| 11 | A. You want me to review the whole document? |
| 12 | Q. Only if you need to. |
| 13 | A. Okay. |
| 14 | Q. Okay. |
| 15 | Let me direct your attention to paragraph |
| 16 | six. |
| 17 | A. Of page? |
| 18 | Q. Which is on page two. |
| 19 | A. Okay. |
| 20 | Q. And thanks for saying that. So when I say |
| 21 | paragraph, there are numbered -- the document is |

|  | Page 35 |
|---|---|
| 1 | numbered one through whatever. It goes all the way to |
| 2 | the end. |
| 3 | A. Okay. |
| 4 | Q. So when I reference a paragraph, it's just a |
| 5 | number that you'll see. For example, paragraph six is |
| 6 | on page two. |
| 7 | Okay? |
| 8 | A. Okay. |
| 9 | Q. So paragraph six reads SAC sought to |
| 10 | negotiate to purchase the rights to the patent and the |
| 11 | invention claimed therein in order to quickly affix the |
| 12 | system to the rifles -- to the rifles it designs and |
| 13 | manufactures. |
| 14 | Specifically, SAC believed that the gas |
| 15 | piston system could be quickly adapted for SAC's rifles |
| 16 | such that those rifles could be introduced into the |
| 17 | marketplace -- market in advance of an upcoming trade |
| 18 | show and that having the gas piston system on its |
| 19 | rifles would be a new and positive opportunity to |
| 20 | explore in certain markets. |
| 21 | Did I read that correctly? |

|  | Page 36 |
|---|---|
| 1 | A. Yes. |
| 2 | Q. The second sentence where it starts |
| 3 | specifically, SAC believed that the gas piston could be |
| 4 | quickly adapted. Tell me why SAC believed the gas |
| 5 | piston system could be quickly adapted for SAC rifles. |
| 6 | A. I'm sorry, can you repeat the question? |
| 7 | Q. Why did SAC believe that the gas piston |
| 8 | system could be quickly adapted for SAC's rifles? |
| 9 | A. To my understanding, from Jason Kalua, |
| 10 | former CEO, who I believe negotiated the terms, it was |
| 11 | understood that that was our goal, was to have it |
| 12 | quickly adapted and available for a kit. Meaning sold |
| 13 | as an individual kit itself. |
| 14 | Also retrofittable. Meaning any rifles that |
| 15 | we produced prior and sold prior could be sent back in |
| 16 | and retrofitted or sent a kit to the customer to have |
| 17 | them assemble the kit onto their rifle and to have a |
| 18 | new line of rifles with the piston system. |
| 19 | Q. The basis of your understanding is what |
| 20 | Mr. Kalua told you? |
| 21 | A. Yes, it is. |

|  | Page 37 |
|---|---|
| 1 | Q. Do you know when -- did Mr. Kalua inform you |
| 2 | when SAC formed this belief? |
| 3 | A. I don't recall. |
| 4 | Q. Do you know whether SAC formed the belief |
| 5 | that the piston system could be quickly adopted -- |
| 6 | adapted prior to or after execution of the patent |
| 7 | purchase agreement? |
| 8 | A. I'm sorry, can you repeat the question? |
| 9 | Q. Do you know whether SAC formed the belief |
| 10 | that the system could be quickly adapted onto its |
| 11 | rifles prior to or after the day they executed the |
| 12 | patent purchase agreement? |
| 13 | A. I don't know. |
| 14 | Q. When did Mr. Kalua inform you of this? |
| 15 | A. On or around the date of the purchase |
| 16 | agreement. |
| 17 | Q. Do you know what the date of the purchase |
| 18 | agreement is? |
| 19 | A. I do not. |
| 20 | Q. And why do you say it was on or around the |
| 21 | date of the purchase agreement? How are you able to |

Page 42

1  administrative tasks and he handled more of the floor
2  production staff daily needs.
3      Q.  As of this August 2018, roughly, meeting
4  with Mr. Kalua, had you personally seen any drawings or
5  blueprints associated with the gas piston system?
6      A.  No.
7      Q.  As of this August 2018 meeting with
8  Mr. Kalua, do you know whether Mr. Wallace had seen any
9  drawings or blueprints related to the gas piston
10 system?
11     A.  I do not know.
12     Q.  Moving onto paragraph seven in your Exhibit
13 2.
14     A.  Okay.
15     Q.  It reads SAC and AMBI entered into a patent
16 purchase agreement on or about August 24th, 2008 (sic)
17 under the belief that SAC could quickly adapt the gas
18 piston system claimed in the patent onto its rifles.
19         Did I read that correctly?
20     A.  Yes.
21     Q.  What is the basis of your belief that AMBI

Page 43

1  entered into the agreement under the belief that SAC
2  could quickly adapt the gas piston system claimed in
3  the patent onto SAC's rifles?
4      A.  I'm sorry, can you repeat that for me?
5      Q.  How do you know that AMBI had the belief
6  that SAC could quickly adapt the gas piston system
7  claimed in the patent onto SAC's rifles?
8      A.  Was that how do I know?
9      Q.  Yeah.
10     A.  I do not.
11     Q.  Are there any facts that you're able to tell
12 me about, testify to, that would support the assertion
13 that AMBI entered into the agreement under the belief
14 that SAC could quickly adapt the gas piston system
15 claimed in the patent onto SAC's rifles?
16     A.  I do not.
17     Q.  Now, during this August 2018 meeting with
18 Mr. Kalua, you said Mr. Kalua mentioned the name
19 Mr. Brown or identified a Mr. Brown.
20         Correct?
21     A.  Yes.

Page 44

1      Q.  Prior to hearing Mr. Kalua reference or
2  identify a Mr. Brown during that August 2018 meeting,
3  had you heard of a gentleman by the name of Michael
4  Brown?
5      A.  Yes.
6      Q.  Tell me how you or when you first heard of
7  Mr. Brown.
8      A.  When I first heard of Mr. Brown was the time
9  he came out prior to the purchase -- it would have been
10 March or maybe April of 2018 -- to demonstrate several
11 of his products.  We went to the range.  That's when I
12 first met Mike.  Mr. Brown.
13     Q.  And you went to the range at that time?
14     A.  Yes.
15     Q.  Did you shoot the gun that Mr. Brown had
16 with him at the time?
17     A.  He had several.  Yes.
18     Q.  Do you know whether you shot the gun that
19 was equipped or that had a gas piston system on it?
20     A.  I do not recall.
21     Q.  So the time that Mr. Brown came out and

Page 45

1  demonstrated his product, you said that was before the
2  purchase agreement, the patent purchase agreement.
3         Correct?
4      A.  Yes.
5      Q.  Was that the first time you encountered
6  Mr. Brown?
7      A.  Yes.
8      Q.  Jumping to paragraph eleven of your Exhibit
9  2, which reads, after execution of the agreement, SAC
10 diligently and in good faith attempted to engineer the
11 gas piston system claimed in the patent so that it
12 could be adapted for use on SAC's rifles.
13         Notwithstanding these good faith efforts,
14 SAC could not engineer the gas piston system claimed in
15 the patent to properly fit on SAC's rifles.
16         Did I read that correctly?
17     A.  Yes.
18     Q.  Tell me how SAC diligently and in good faith
19 attempted to engineer the gas piston system claimed in
20 the patent onto its rifles?
21     A.  Dale Wallace along with Mike, and even

Page 46

1  Garrett, sought to scale down the piston system's base,
2  and ultimately the entire system, to fit underneath our
3  handguards.  Our current handguards or the handguards
4  that we used as a whole.  They're all made from -- --
5      With that scaling down, once you change one
6  thing, it kind of effects another.  So a lot of testing
7  was involved trying to get it to not only fit but also
8  solve the problem of the operator having to use tools
9  or two tools to switch from suppressed to unsuppressed.
10     To my knowledge that's what they worked on.
11     Q.  Okay.
12         So let's break that -- break that -- let's
13 break those down just a little bit.
14     A.  Okay.
15     Q.  You said fit.  What do you mean by fit?
16     A.  The profile.  So the profile of the gas
17 piston system.  If you look from the front, it has a --
18 it had a profile.  That shape has to allow for the
19 internal diameter, the internal profile of our
20 handguard, to slide over, not contact and not impact
21 the inside of our handguard.

Page 47

1      Q.  And was that ever accomplished to your
2  knowledge?
3      A.  Yes.  Yes.  The profile was shrunk down by
4  Mr. Brown and it did fit underneath the handguard.
5  However, there was still some minor impacts with the
6  switch.  I forget the terminology for the actual
7  component.  I apologize.
8          It would -- it would still hit the inside of
9  the corners when moved to either position fully.  But,
10 to my knowledge, they had it underneath the handguard
11 so that it would fit the internal profile as it fits on
12 that particular rifle, yes.
13     Q.  When you say on that particular rifle, which
14 rifle are you referencing?
15     A.  The rifle that they tested.  On all -- all
16 firearms, and pretty much anything you manufacture,
17 have a certain level of tolerance.  And when you put
18 assemblies together, those tolerance can stack up.  So
19 if something fits on one, it doesn't necessarily mean
20 that it will fit on all of them without impacting the
21 fit.

Page 48

1      Q.  Are you telling me -- is it -- are you -- is
2  it -- are you telling me that in putting together a
3  firearm that every firearm is individually put
4  together, there can't be -- there's no machinery or
5  anything like that used to construct a firearm?
6      A.  I don't understand the question.  I'm sorry.
7      Q.  I'm trying to -- I'm trying to understand.
8  You said -- you said the piston system fit on that
9  particular rifle.
10     A.  Yes.
11     Q.  How do you know the piston system didn't fit
12 or would not fit on any other rifle?
13     A.  I don't.
14     Q.  Okay.  So that's the fit issue.
15         And then you talked about tools.  What about
16 -- what is it about the tools that was an issue?
17     A.  So as an operator, or anyone using the
18 firearm, you want to switch from suppressed to
19 unsuppressed.  In this particular system, as I saw it
20 then, you had to depress -- -- and then potentially use
21 a second tool.

Page 49

1          Meaning if you could potentially do it by
2  hand if you're strong enough or if it wasn't dirty or
3  gummy from overuse or from usage.  You had to get
4  something else, another tool, into the, I think it's
5  called, a gas plug to rotate it from suppressed to
6  unsuppressed.
7          And that's -- that requires the use of two
8  hands on operator.  So he would have to put the gun
9  between his legs or find some other apparatus to hold
10 the weapon while he manipulated that switch.
11     Q.  Was the issue relative to tools ever
12 resolved to your knowledge?
13     A.  No.
14     Q.  Do you know whether SAC was ever informed by
15 Mr. Brown that Mr. Brown had in fact developed a
16 toolless extended gas plug?
17     A.  I'm sorry, can you repeat the part of that?
18     Q.  Yes.
19         Do you know -- do you know whether SAC was
20 informed by Mr. Brown that Mr. Brown designed a
21 toolless extended gas plug to address the tool issue

Page 74

1    (Oliver Deposition Exhibit 6 was marked for
2    purposes of identification.)
3        Q.  Mr. Oliver, you'll see Exhibit 6 populated
4    one second hopefully.  For the record, Exhibit 6 is
5    SAC796.
6            Do you see it?
7        A.  Yes.
8        Q.  Do you recognize the document?
9        A.  Yes.
10       Q.  What is it?
11       A.  This is a 2D drawing of our M15 barrel nut.
12       Q.  And are all the dimensions depicted on
13   Exhibit 6 correct?
14       A.  To the best of my knowledge.
15       Q.  And all of the -- and are all of the
16   tolerances depicted on Exhibit 6 correct?
17       A.  To the best of my knowledge.
18       Q.  What relevance, if any, does the barrel nut
19   have to the gas piston system?
20       A.  The diameter, specifically the outside
21   diameter.  Which would be on this drawing in section

Page 75

1    A2.  Almost very center.  There's a 3X.
2        Q.  Okay.
3        A.  One diameter that's a symbol for diameter is
4    zero with a backslash through it or circle with a
5    diagonal slash through it.  Diameter 1.375 plus 0,
6    minus 2.  So nominal or maximum material condition.
7    That barrel nut can be as big as 1.375 or as small as
8    1.373 and still be in our -- --
9            If that diameter remains at 1-375 and at its
10   maximum tolerant relative to some of the other
11   tolerances built into the upper receiver, the barrel
12   extension, the handguard, the piston assembly itself,
13   that's how it's relative.
14           Because the piston has to slide right atop
15   of that very, very small gap.
16       Q.  When you say very, very small gap, I mean
17   when I'm looking at Exhibit 6, and even some of the
18   prior drawings, and you're talking that the number you
19   mention, 1.375, that's inches.
20           Correct?
21       A.  That is inches.

Page 76

1        Q.  And some of the dimensions that I've seen on
2    these exhibits are like .375 -- -- talking about a very
3    small amount of space.
4            Correct?
5        A.  I'm sorry?
6        Q.  We're not dealing with one inches, two
7    inches or three inches.  You're dealing with well under
8    one inch.
9        A.  Yes, yes.  Very small.  It's all relative.
10       Q.  I'll have Exhibit 7 pop up in a second.
11           (Oliver Deposition Exhibit 7 was marked for
12   purposes of identification.)
13       A.  Okay.
14       Q.  Now, if -- if I take -- if I were to take
15   your upper assembly to the smallest and the barrel nut
16   to the largest.  If you look at exhibit -- as we try to
17   do on Exhibit 7 here.  You see on the left-hand side?
18   I guess we are at C8.
19           We're referencing the same tolerance on the
20   high side where it says SAC barrel nut to SAC print
21   tolerance high side.  You mentioned earlier the three

Page 77

1    times diameter 1.375?
2            Correct?
3        A.  Yes.  That when -- yes.  That dimension is
4    the same.  Can I go back?
5        Q.  Sure.  Absolutely.
6        A.  Reference those other ones.  Okay.
7        Q.  So if I take half of that 1.375 of an inch,
8    divide that just by two, that would come down to .685.
9    So that, say, to get from the -- to get the measurement
10   from the center of the barrel nut to the top of the
11   barrel nut, it would be a measurement of half of the
12   1.375.
13           Correct?
14       A.  To get the radius of the diameter?  Is that
15   what you're asking?
16       Q.  Yes, yes.
17       A.  Yes.
18       Q.  It would be the 6 -- I'm sorry.  .6875.
19           Correct?
20       A.  Correct.
21       Q.  We talked about the upper receiver -- the

|  | Page 86 |
|---|---|
| 1 | A. Yes. |
| 2 | Q. How does one or how does SAC go about kind |
| 3 | of prioritizing which project would take priority over |
| 4 | -- over any other? |
| 5 | A. The boss will say which one gets priority. |
| 6 | It's not always by compete. Sometimes it's by compete. |
| 7 | Just a group of managers and what everyone feels is the |
| 8 | priority at the time. |
| 9 | Q. At the same time that SAC was running with |
| 10 | the piston project, the gas piston project, what other |
| 11 | projects was SAC involved in? |
| 12 | A. At the time we were implementing new machine |
| 13 | fixtures for our production machine shop. We were also |
| 14 | making changes to the assembly floor. Those projects |
| 15 | ran a long time, so I'm sure that they overlap at some |
| 16 | point. |
| 17 | Q. And do you know priority wise where those |
| 18 | other projects you just mentioned had relative to the |
| 19 | piston, the gas piston project? |
| 20 | A. I do not. |
| 21 | (Oliver Deposition Exhibit 9 was marked for |

Page 87

1  purposes of identification.)
2     Q. Mr. Oliver, you should have Exhibit 9
3  populated before you. Which for the record is Bates --
4     A. Okay.
5     Q. Actually, let me just confirm mine. I think
6  it's -- -- but I just want to make sure.
7        For the record, it's Bates SAC428, SAC430 --
8  443. And do you recognize the e-mail?
9     A. Yes.
10    Q. It's an e-mail from Mr. Brown to yourself
11 dated September 24th, 2018.
12       Correct?
13    A. Yes.
14    Q. And attached to the e-mail are the solid
15 models of the components that are the scaled down --
16 that are scaled down for the piston assembly.
17       Correct?
18    A. Yes.
19    Q. What did you do with the attachments to the
20 9/24/2018 e-mail once you received the e-mail from
21 Mr. Brown?

Page 88

1     A. I don't recall what I immediately did with
2  them.
3     Q. What was your role in the piston project as
4  of September 24th, 2018?
5     A. My role as of Sept -- as of then?
6     Q. Yes.
7     A. I had no role directly related to it. Was
8  just the guy with Solidworks on his computer --
9     Q. Did --
10    A. -- at that time.
11    Q. Did you review as you were accessing the
12 files and Solidworks, did you -- did you look at what
13 you were accessing?
14    A. Yes.
15    Q. Did you review the -- did you review the
16 attachments of the documents in -- in substance or did
17 you just kind of gloss over them and pass them onto
18 others?
19    A. Yeah, I just looked at them. I didn't do an
20 analysis or anything.
21    Q. Your e-mail is -- again, the e-mail is dated

Page 89

1  September 24th of 2018. Do you know how soon after
2  September 24th of 2018 you learned that there was a
3  potential interference relative to the switch issue
4  that we were discussing earlier?
5     A. Relative to the switch specifically?
6     Q. Yes.
7     A. Not until June of 2019. Or shortly
8  thereafter.
9     Q. You testified Mr. Brown actually came out to
10 SAC sometime in September. Did you actually meet with
11 him when he was out there?
12    A. Yes.
13    Q. Did you discuss the piston project at the
14 time with Mr. Brown?
15    A. Yes. That's why he was out here.
16    Q. Did you say anything to Mr. Brown that would
17 have led him to believe that you had no involvement
18 with the -- no involvement with the piston project at
19 that time?
20    A. I don't recall.
21       (Oliver Deposition Exhibit 10 was marked for

|  | Page 98 |
|---|---|
| 1 | Q. -- |
| 2 | A. Sorry. |
| 3 | Q. Do you know when the video was taken? |
| 4 | A. I believe October of 18. |
| 5 | Q. Do you know where the shooting is occurring? |
| 6 | A. Yeah. That's Cowtown Range in Peoria, |
| 7 | Arizona. |
| 8 | Q. Do you know the -- can you identify the type |
| 9 | of firearm that Garrett is shooting? |
| 10 | A. It's an M15. And it appears to be full auto |
| 11 | variant. |
| 12 | Q. What do you mean by that? |
| 13 | A. Not semiautomatic, fully automatic. And it |
| 14 | appears to be either a 14 and a half inch barrel or a |
| 15 | 16 inch barrel. I can't tell with the angle. And it |
| 16 | just appears that way -- -- |
| 17 | Q. And I couldn't make out specifically what |
| 18 | Mr. Stevens said. I didn't know whether he said it's |
| 19 | not seeding or not feeding. |
| 20 |     Did you hear that? |
| 21 | A. He said seating. |

|  | Page 99 |
|---|---|
| 1 | Q. What does that mean? |
| 2 | A. So the bolt, the actual bolt in the bolt |
| 3 | carrier, has to, quote unquote, it's the term we use |
| 4 | for being fully in battery. Meaning the bolt is |
| 5 | rotated forward or rotated back in and sitting where it |
| 6 | should be relative when firing. |
| 7 | Q. So what would cause the -- what would cause |
| 8 | that issue? |
| 9 | A. Well, there's a few things that could cause |
| 10 | it. A weak return spring or a buffer spring. The |
| 11 | action of the firing circumventing movement of the bolt |
| 12 | back and forth. Could be moving too fast and causing a |
| 13 | bounce. Could be moving too slow and not generating |
| 14 | enough inertia to close completely. |
| 15 |     It could be an obstruction. It could be |
| 16 | something, you know, slowing the motion of the bolt |
| 17 | forward for some reason. It could be -- off the top of |
| 18 | my head, those are the main things that could cause it. |
| 19 | There's a myriad of reasons. Sixty some components in |
| 20 | there. |
| 21 | Q. Are you able to identify the handguard |

|  | Page 100 |
|---|---|
| 1 | that's attached to the gun? |
| 2 | A. It is a -- appears to be a Armalite M15, a |
| 3 | tactical handguard. I cannot tell the length by the |
| 4 | angle. |
| 5 | Q. And is it your understanding that the gun is |
| 6 | -- or the firearm is adapted with the gas piston |
| 7 | system? |
| 8 | A. That is my understanding. |
| 9 | Q. Were you involved in actually discovering |
| 10 | Exhibit 11, meaning finding it? |
| 11 | A. Yes. |
| 12 | Q. Where did you find it? |
| 13 | A. It was in an old file in -- on Dale's -- in |
| 14 | Dale Wallace's folder in the -- on our server. |
| 15 | Q. When did you find it? |
| 16 | A. A few weeks ago. Maybe a month. I'm not |
| 17 | real sure. Not terribly long ago. |
| 18 | Q. It could have been up to a month ago? |
| 19 | A. It could have been up to a month. I don't |
| 20 | think it was quite that long. But it was a few -- it |
| 21 | was several weeks ago for sure. |

|  | Page 101 |
|---|---|
| 1 |     I actually had -- I asked Dale if he knew |
| 2 | where they were and if I could find them. He told me |
| 3 | some places to look. He said he did not have them |
| 4 | anymore. |
| 5 | Q. Why were you looking for videos of testing? |
| 6 | A. There was some -- one of the documents |
| 7 | supplied I think by you guys that said that there were |
| 8 | videos. Somebody made a -- said that there were |
| 9 | videos. Not sure who it was. So I was researching |
| 10 | that. |
| 11 |     (Oliver Deposition Exhibit 12 was marked for |
| 12 | purposes of identification.) |
| 13 | Q. Exhibit 12 is next. And which for the |
| 14 | record is going to be Bates SAC806. I'm sorry, 807. |
| 15 |     Can you watch that video, please? |
| 16 | A. Go ahead. |
| 17 | Q. -- -- |
| 18 | A. Sorry? |
| 19 | Q. Who is Exhibit -- who is that gentleman in |
| 20 | Exhibit 12? Is that Garrett still? |
| 21 | A. That is -- -- yes, Garrett. |

Page 114

1    in Exhibit -- depicted in Exhibits 11 to 17 were even a
2    farther adjustment to the original piston system?
3        A.   Are you talking --
4        Q.   Scaled down piston system.
5        A.   From conversations with Gale and Darrett.
6    Dale and Garrett.
7        Q.   When did those conversations occur?
8        A.   Sometime before May of two thousand -- I
9    don't know exactly.  It would have been around the time
10   that they were testing this.  So around October of
11   2018.
12       Q.   Did Gale and or -- sorry -- Dale and or
13   Garrett identify specific problems they were having
14   with the firearms as of October 2018?
15       A.   Specifically I don't recall.  I know that
16   they made changes.  I don't remember specifically what
17   they said they made changes to.  Actually, I will --
18   that's not true.
19            They made changes to the piston diameter
20   itself.  I know that they turned -- had to turn it
21   down.  Because they believed either there wasn't enough

Page 115

1    clearance or it was hitting.
2        Q.   So they had -- they had -- they turned it
3    down farther than what the scaled down piston assembly
4    reflects?
5        A.   The actual piston itself.
6        Q.   Have you seen any written test reports that
7    relate to the -- that relate to SAC's testing of the
8    gas piston system?
9        A.   I have.
10       Q.   How many written reports have you seen?
11       A.   One.
12       Q.   Do you recall the date of the report that
13   you've seen?
14       A.   The date on the report was April something
15   2019.
16       Q.   Can you tell me circumstances surrounding --
17   or strike that.
18            What led you to actually see the report
19   dated in or about April 2019?  How did that come about?
20       A.   In our search for documentation, Wanderley
21   was checking through Jason Kalua's e-mails, both in and

Page 116

1    out.  And we discovered the file from Dale Wallace to
2    Jason.  And that was one of them.
3        Q.   Prior to being informed that Wanderley
4    discovered an April 2019 report in Mr. Kalua's e-mail,
5    had you seen the April 1st, 2019 test report?
6        A.   I had seen a version of it with no data.
7        Q.   Tell me when you saw a version of the April
8    2019 report without data.
9        A.   I believe it was in April of 2019.  It was
10   sent from -- to me from Dale.
11       Q.   And what data was missing?
12       A.   All the -- all of the data.  It was just an
13   outline what he intended to test and how he would -- --
14       Q.   Did you have any discussions with
15   Mr. Wallace concerning the written report that you --
16       A.   I did not.
17       Q.   -- that you received back in April of 2019?
18       A.   I did not.
19       Q.   Did you instruct him to go back and to
20   produce the report with data in it?
21       A.   I did not.

Page 117

1        Q.   And by data, what do you mean?
2        A.   The charts showing -- I believe it showed
3    accuracy testing, a round count, mean failure between
4    rounds.  That means how many times it failed during a
5    certain cycle of firing.  So on, so forth.
6        Q.   The text of the report -- was the text of
7    the report in the version of the April report that you
8    initially saw?
9        A.   Not with any results.  It was only a
10   criteria for testing it, what he intended to test.
11       Q.   And when you asked Mr. Wallace to return a
12   report with data in it, did he do it?
13       A.   I did not ask Dale that.  He only sent me
14   the empty document as a courtesy.  It was prior to him
15   completing it I believe.  I don't know.
16       Q.   And why would he send it to you as a
17   courtesy?
18       A.   We're professional friends.  Professional
19   colleagues and friends.
20       Q.   You had no involvement in the project as of
21   April 2019.

Page 162

1  assessment had been undertaken relative to the piston
2  system?
3    A.  I don't recall if I asked that in that
4  meeting or not.
5    Q.  Had you -- strike that.
6        Prior to June 6th of 2019, had you inquired
7  of anyone within SAC as to whether SAC had undertaken a
8  technical assessment of the gas piston system prior to
9  purchasing the patent for the product?
10   A.  I don't recall asking anyone if it had been
11 done prior to the purchase.
12   Q.  So the minutes go on to read problems
13 reported.  And number one is piston system requires a
14 new handguard.
15       Can you just distinguish to me between
16 there's a category of problems reported versus problems
17 found how those are distinguished?
18   A.  I don't know why he did -- why he wrote them
19 this way.  I don't really understand the
20 distinguishability other than it looks like number
21 three and four have more to do with supply and the one

Page 163

1  and two have more to do with the design.
2    Q.  And going under then, down further down on
3  that page to question one.  Number one, piston system
4  requires a new handguard.  SAC needs to develop a new
5  handguard.  Current handguard does not support the
6  piston system.
7        Do you know which handguard you guys are --
8  was referenced in this statement there?
9    A.  It's the tactical handguard and the three
10 gun handguard if you want to look at it that way.  But
11 it's the same -- are you there?
12   Q.  Yes.
13   A.  Oh, sorry.  You looked like you were frozen.
14       The -- the handguards are the tactical
15 handguard, the three gun handguard in varying lengths,
16 the AR10 handguard tactical handguard and the AR10
17 three gun handguard in varying lengths.  They're all
18 made from the same -- -- so they all have the same
19 profile relative to the platform M15 or AR10.
20   Q.  As of June 6th, 2019, had you seen the video
21 of Dale and Garrett testing an SAC firearm adapted with

Page 164

1  a gas piston system?
2    A.  I don't recall.
3    Q.  As of June 6th, 2019, you had received, had
4  you not, the scaled down CAD models and the -- -- data
5  package related to the scaled down piston system.
6        Correct?
7    A.  Yes.
8    Q.  Based on your review of the scaled down
9  piston system -- -- data package, what led you to
10 conclude as of June 6th, 2019 that the scaled down
11 assembly would not fit under an SAC's handguard?
12   A.  Well, it doesn't say it doesn't fit.  It
13 says it requires a new handguard.  And it says piston
14 system requires a whole assessment in the gas
15 adjustment feature.
16       The main reason we wanted -- we needed a
17 new, aside from those corners hitting, as described
18 earlier, the adjustment of that gas plug, the switch,
19 was hidden underneath the longer handguard because
20 there's only one piston length.  Like on the other
21 design, one length for all the barrel lengths.  One

Page 165

1  length piston.
2        That means that the relationship at the --
3  with the gas block and the front of the receiver is
4  always going to be the same regardless of the barrel
5  length.  Well, we would never put a barrel -- we would
6  never put a, say, an 18 or 20 inch barrel into a
7  carbine length handguard because that exposes a lot of
8  barrel out in front.
9        The user can reach out, right out, instead
10 of using the handguard.  So we would have used a longer
11 handguard.  So the -- -- standard be the longer
12 handguard, the longer barrel.
13       So our handguards, if we use those, would
14 hide that gas piston plug or that switch so that you
15 couldn't switch it from on to off, therefore we would
16 have to redesign, change a new -- and make essentially
17 a new handguard.
18   Q.  In the documents that you reviewed as of
19 June 6th, 2019, did you see where Mr. Brown had sent
20 SAC all length gas systems?
21   A.  I don't recall that what you're -- actually,