# EXHIBIT 5

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2               DISTRICT OF MARYLAND

 3         Civil Case No.:  1:20-cv-00807-JKB

 4    - - - - - - - - - - - - - - - - - - - - - -

 5                  AMBIMJB, LLC

 6            Plaintiff/Counter-Defendant

 7                      v.

 8           STRATEGIC ARMORY CORPS, LLC

 9            Defendant/Counter-Plaintiff

10    - - - - - - - - - - - - - - - - - - - - - -

11

12         VIDEOCONFERENCE DEPOSITION OF

13

14                DALE W. WALLACE

15

16

17             Thursday, July 23, 2020

18

19

20

21

22

23    Reported by:

24    SUSAN ASHE, CSR, RMR, CRR

25
```

Dale Wallace                                                      July 23, 2020

Page 14

1  your full name, just so I could be certain?
2      A    Dale Wallace.
3      Q    What's your middle initial?
4      A    "W."
5      Q    Once you left Mears Mechanical in
6  December 2017, where did you go?
7      A    I went with SAC.
8      Q    And when did you start with SAC?
9      A    December of 2017.
10     Q    What position did you fill in
11  December 2017?
12     A    Would you repeat the last part?  Did
13  you say "sever"?
14     Q    December 2017.  What position --
15     A    "December," okay.
16          To run the quality control.
17     Q    And what does that mean, to run the
18  quality control?
19     A    It was our department of quality
20  control; to inspect and make sure that all of our
21  projects are of sound quality.
22     Q    What type of products were you
23  responsible for ensuring this quality control
24  over?
25     A    All of the firearms that left the

Page 15

1  building.
2      Q    And were you working out of their
3  Phoenix, Arizona location?
4      A    Yes.
5      Q    When you say the quality control
6  concerned all of the firearms that left the
7  building, did SAC manufacture its own firearms --
8  at least as of December 2017?
9      A    Some of the brands were being
10  manufactured out of Phoenix.  We were still
11  shipping out of Illinois.  The ArmaLite facility
12  in Geneseo was still open.
13     Q    You said you went in to run their
14  quality control division.  Correct?
15     A    Yes.
16     Q    And so you were a manager of sort at
17  that time?
18     A    Yes.
19     Q    To whom did you report?
20     A    To Terry.  I can't pronounce his last
21  name.  I don't remember.
22     Q    Do you know his last initial?
23     A    Is it "B"?  I honestly do not
24  remember.
25     Q    Okay.  And what was his title?

Page 16

1      A    He was production manager.
2      Q    And do you know to whom Terry
3  reported?
4      A    To the CEO.
5      Q    Do you know who that was at the time?
6      A    That was Gabriel.
7      Q    And do you know to whom Gabriel
8  reported?
9      A    José.
10     Q    And who is José?
11     A    The owner of SAC.
12     Q    And within the quality control
13  department, how many people reported to you?
14     A    When I first started, I had one
15  technician.
16     Q    Did that change during your employ?
17     A    It did.
18     Q    And how, how did that change?  In
19  which way?
20     A    My roles changed slightly, and we
21  hired more personnel.
22     Q    Okay.  How did your roles change?
23     A    For a while, when we first stood
24  ArmaLite up in Phoenix, Arizona, all the
25  production guys for ArmaLite reported to me, and I

Page 17

1  ran the ArmaLite production.
2      Q    When did that occur?
3      A    Roughly the beginning of 2018, between
4  January and March, that time frame.
5      Q    When you say you ran the ArmaLite
6  production, what was your role in that aspect?
7  What did you do?
8      A    Establishing everything, whether
9  it's -- from start to finish.  We didn't have
10  anything there.  We weren't building ArmaLite
11  rifles at the time.
12     Q    Okay.  I guess as a layperson, explain
13  what a quality control manager does.
14          I mean, I know you said that you look
15  at every firearm as it leaves the building, but
16  what's involved in ensuring quality --
17          Sorry?
18     A    Quality control from the start --
19  sorry.  I didn't mean to interrupt you.
20          From the start, you have to inspect
21  not only the parts coming in that are received --
22  because we take parts that are manufactured from
23  elsewhere, control or inspect them, make sure they
24  are to our specifications.
25          So you look them over, make sure they

Page 42

1   Q    Do you know the date, your last date
2  of employment with SAC?
3      A    Not off the top of my head.
4      Q    At the tail end of Mr. Brown's email,
5  he writes -- or it reads:
6           The attached document will
7        have the information of the project
8        and pictures of the samples.
9           Right?
10     A    Are you talking about the SAC piston
11 patent project?
12     Q    SAC piston patent project, on page 2
13 of the exhibit.
14          Are you there?
15     A    Yes.  Yes.
16     Q    Okay.  So the first sentence says:
17          In September I delivered
18       the two complete rifle samples and two
19       piston assemblies with bolt carriers.
20          And if you look to Bates No. -1448, at
21 the bottom right-hand corner, you'll see different
22 numbers.
23     A    I see that.
24     Q    Okay.  So if you flip to Bates number
25 ending in -1448, which is page 4 of the exhibit

Page 43

1  itself --
2      A    Um-hum.
3      Q    -- they appear to show or they show
4  rifle samples and two piston assemblies.  Correct?
5      A    Yes.
6      Q    Now, were you at SAC and did you
7  receive delivery of the rifle samples and the two
8  piston assemblies that are depicted on Bates
9  -1448?
10     A    I did.
11     Q    And what did you do when you received
12 those items?
13     A    I put them back in the engineering R&D
14 department.
15     Q    Why did you do that?
16     A    Because that's where all testing,
17 design, and...is conducted in SAC.
18     Q    And what did the engineering R&D
19 department do with them?
20     A    We store them and then use them for
21 developing and testing.
22     Q    Okay.  How did you use the rifles that
23 are depicted in -1448 -- by way of testing, how
24 did you use them to do the test?
25     A    The complete rifles -- going by memory

Page 44

1  here, but the complete rifles I don't believe I
2  modified, I believe I left the same so I had a
3  base sample.
4           And then the actual pistons you see
5  that are outside the rifles there, we used those
6  for testing.
7      Q    What did you do by way of -- first of
8  all, let me -- strike that.
9           Did you actually shoot the rifles as
10 you received them -- meaning, unmodified in any
11 way?
12     A    Yes, yes.
13     Q    And did they work?
14     A    Yes.  As I received them, they worked.
15     Q    And you said the pistons that are
16 outside of the rifles that are depicted on Bates
17 ending -1448, what did you do with them?
18     A    After we had discovered that the --
19 those -- I attempted first to put them in an
20 ArmaLite rifle.
21     Q    Okay.  And then what?
22     A    Well, I was not able to put them on an
23 ArmaLite rifle because they did not fit with our
24 components.
25     Q    Can you tell me how they did not fit?

Page 45

1      A    They did not fit, mostly due to the
2  handguard.
3      Q    And you were using an ArmaLite
4  handguard?
5      A    Correct.
6      Q    Did you try to use any other type of
7  handguard, other than an ArmaLite handguard guard?
8      A    If I did, it would have been a random
9  one.  I don't recall.
10     Q    What did you do upon learning that the
11 piston systems wouldn't fit using the ArmaLite
12 handguard?
13     A    Attempted to modify the piston system
14 so it would fit.
15     Q    How did you do that?
16     A    At this time, this is the first time I
17 worked with Mike Brown.
18          He was there, and we modified one of
19 them, and basically we were trying to make the
20 profile smaller so it would fit within the channel
21 of the ArmaLite handguards.
22     Q    And were you able to do that?
23     A    Yes.
24     Q    Do you know when that occurred?
25     A    Whenever -- I don't recall when Mike

Page 50

1 had a pistol-length handguard -- right? -- as of
2 September 2018. Correct?
3     A     After modifying it to fit a rifle, we
4 were able to fit it on there.
5     Q     Once you were able to fit the system
6 onto the rifle, even though it was just with a
7 pistol-length handguard? Did you do any further
8 testing toward that end?
9     A     I did a number of tests.
10    Q     Was SAC unable to have a rifle that
11 adapted the SAC piston available as of
12 January 2019, given that you were able to adapt
13 the system as of September 2018?
14    A     No, we were not able to put it on for
15 a production rifle for January.
16    Q     What do you mean, a production rifle?
17    A     As in, you know, when you're
18 displaying rifles there in your booth, you're
19 showing what you currently or what your future
20 offerings are.
21           And we were not there yet, and able to
22 put on a rifle and market it to the public or to
23 anybody else, saying that this is ready for
24 production.
25    Q     Do you know what prevented you from

Page 51

1 getting to the point where you could have a
2 firearm ready as of January 2019?
3     A     We had not been able to fully adapt it
4 to our rifle platform.
5     Q     How so?
6     A     Other than the modified one to fit on
7 the shorthander, which there was -- yes, it fit,
8 but there were still issues with it.
9           Outside of that, we have not been able
10 to adapt it for our other length rifle systems.
11    Q     What were the issues -- you said it
12 fit but there were issues with it. What issues
13 are you referencing?
14    A     Mostly tolerance issues.
15    Q     What does that mean?
16    A     So within a firearm, when you are
17 building things, everything has a certain amount
18 of tolerance to it.
19           So Part A has a tolerance, and Part B
20 fits in there, has a tolerance, but they have to
21 be able to fit within one another at their
22 tolerance minimums and maximums.
23           And at the one that we modified to fit
24 inside there, we were -- it was rubbing on the
25 handguard, it was right there, and it didn't fit

Page 52

1 within our tolerance stack.
2           If you have 100 handguards, and they
3 all have a tolerance, because they're not all
4 going to be exact -- you know, you have what you
5 want that channel, that slot to be.
6           Well, it fit on that particular one I
7 was testing, but if you were to pare the
8 measurements, it did not fit within our tolerance
9 stack or range that we allow.
10    Q     You're talking just with respect to
11 the handguards. Correct?
12    A     On that particular one, yes.
13    Q     The piston system fit the rest of the
14 rifle. Correct?
15    A     That's in the barrel, would fit, yes.
16    Q     Are you able to fire a rifle without a
17 handguard?
18    A     Not safely.
19    Q     Any type of handguard?
20    A     What do you mean, any type of
21 handguard?
22    Q     Meaning -- when you say "not safely,"
23 what do you mean, you can't shoot a rifle without
24 a handguard?
25    A     You can fire it, but you could not

Page 53

1 sustain the firing, because the handguard's there
2 to protect your hands from burning.
3           So over time, it would become a safety
4 issue. You would burn your hands.
5     Q     So my understanding, based on your
6 testimony, is that as of January 2019, the gas
7 piston system fit the rifle, it just had a problem
8 with respect to fitting a particular handguard, a
9 nonpistol-length handguard.
10    A     It fit one model of our current
11 inventory with a particular handguard, but it
12 still didn't -- it wouldn't have passed quality
13 control because it didn't -- the tolerance stack.
14           We did not -- we modified the original
15 design, basically scaled it down, and we had
16 scaled it down to the minimal that we possibly
17 could safely, and it didn't fit within our
18 tolerance stack.
19           So we were attempting to -- further
20 testing to modify it to fit to everything.
21    Q     So when you say "scaled it down," what
22 do you mean by that?
23    A     From the original design, basically we
24 had to make the dimensions smaller so it fit
25 within the channel of our handguard.

14 (Pages 50 - 53)

Page 62

1       THE WITNESS:  Excuse me.  I'm sorry.
2   I was mumbling myself.
3       A   I don't believe -- I don't know what
4   it's trying to depict, other than the gas hole
5   size.
6       Q   The four changes that -- at least from
7   AMBI's perspective, that you wanted relative to
8   the SAC piston system, were there changes in
9   addition to what's reflected on page -1446 that
10   you wanted to see made to the SAC piston?
11      A   Yes.
12      Q   And what are those changes?
13      A   Overall, it would have been -- we also
14   needed to make a longer version of it, because by
15   design, the top of the piston has to stick outside
16   the handguard so you can switch between suppressed
17   and unsuppressed, the two settings.
18      If you would have put it on the one
19   that we made fit, it would have been -- on our
20   long handguard, it would have been six inches
21   underneath the railing.  You would have never been
22   able to get a tool down there to adjust the tube.
23      So we basically needed to make the
24   entire design longer, if you will.
25      Q   Any others?

Page 63

1       A   Not that I recall off the top of my
2   head.
3       Q   Did there come a time when SAC
4   actually tested the SAC piston fully adapted onto
5   an SAC rifle?
6       A   Modified one that we -- I had modified
7   with Mike Brown.  I think that was the only one
8   that we ever were able to test and shoot.
9       I think some of my other testing ones
10   ultimately failed, but that wasn't -- yeah, they
11   ultimately failed.
12      MR. DORSEY:  You should see Exhibit 8
13   appear before you.
14      (Whereupon, Wallace Exhibit 8 was
15      marked for identification.)
16      MR. DORSEY:  For the record, Exhibit 8
17   is Bates SAC -772 to -78.
18      Let me know when you're finished
19   reviewing the document.
20      (Witness reading.)
21      A   Okay.  I've just reviewed it.
22      Q   The first page, just to confirm, is
23   just an email from Mr. Kalua to Mr. Oliver, dated
24   June 29th of 2020, the subject being:  Forwarding
25   of a piston, testing the data.  Correct?

Page 64

1       A   Yes, yes.
2       Q   And then included within that chain of
3   emails is an email from you to Mr. Kalua, dated
4   April 4, 2019; subject:  Piston testing with data.
5   Correct?
6       A   Yes, yes.
7       Q   And you wrote:  Here is the revised
8   copy with the data in it.  Right?
9       A   Yes, yes.
10      Q   When you say, "Here is a revised
11   copy," when was the -- what revisions were made to
12   a prior version of the report that's attached to
13   the email?
14      A   I can't remember, because I don't
15   recall ever even seeing the report that's in here.
16      Q   Okay.  So let's go to then -- go to
17   the last page of the document, which is Bates
18   -781.
19      A   Um-hum.
20      Q   And it has your name on the bottom of
21   the page there.  Correct?  Dale Wallace, quality
22   control/engineering department manager?
23      A   It does, yes.
24      Q   Did you prepare this report?
25      A   I did not.

Page 65

1       Q   Had you seen this report prior to
2   today?
3       A   I have not.
4       Q   Were you involved in testing of the
5   SAC piston system relative to an endurance test?
6       A   I did multiple testing over the time
7   that I had it.
8       Q   When you say "multiple testing," what
9   type of testing did you undertake?
10      A   Usually would be modification or
11   experimentation with the reduced scale, whether it
12   was the one that we actually modified from AMBI,
13   and then I had made additional components -- I
14   actually produced them myself there -- and used
15   those in lieu of some of the other ones to test,
16   and I would take it to the range and do a similar
17   test that is not quite as structured.
18      Because, we were still in the
19   developmental phases.  So it wasn't quite as
20   rigid.  It was mostly just shooting a lot of
21   ammunition in a very short amount of time -- a
22   torture test, if you will.
23      Q   The tests that you would have
24   performed -- that you did perform on the SAC
25   piston system, did you do that, you said, both

17 (Pages 62 - 65)

Veritext Legal Solutions

Page 70

1 Exhibit 8, the April 4, 2019 email, is that the
2 way that you signed off or affixed your signature
3 to emails that you sent from your sacfirearms
4 email address?
5    A    Are you referring to -772 or --
6    Q    Yes. I'm sorry. -772.
7    A    Yes, that is.
8    Q    The B/R designation.
9         Do you usually use the B/R designation
10 in your emails from sacfirearms?
11   A    I'm trying to remember. I don't know
12 if I did or not.
13   Q    Is it your testimony sitting here
14 today that, to your recollection, you did not
15 transmit the April 4, 2019 email from
16 dwallace@sacfirearms.com to Jason Kalua?
17   A    I do believe I sent him a document. I
18 just do not recall seeing this document that's on
19 here.
20   Q    So what document do you recall sending
21 him?
22   A    I don't. I may have sent him a
23 document, I just don't recall what document I sent
24 him.
25        But the wording of this document and

Page 71

1 throughout, it just does not sound as the way I
2 type documents, nor do I remember doing an
3 accuracy test.
4    Q    Okay. So the tests that -- endurance
5 and accuracy testing that's the subject of the
6 April 1, 2019 report, the second paragraph under
7 "Background" tells us that:
8             Two rifles were used with
9       this testing, both a -- both in the
10      carbine gas length, one 16" free
11      floated ArmaLite M15 and one 11.5 -- I
12      believe "inch" -- free floated
13      ArmaLite M15.
14        Correct?
15   A    That is what it says.
16   Q    The ArmaLite M-15, is that an
17 SAC-manufactured rifle?
18   A    Yes.
19   Q    Do you have an understanding, a
20 recollection of what a 16-inch free-floated
21 ArmaLite M-15 rifle looks like?
22   A    Yes.
23   Q    What does the "16' free floated" refer
24 to?
25   A    That refers to the handguard similar

Page 72

1 to the ones in prior documents. They all kind of
2 look the same. That refers to the handguard
3 itself.
4    Q    Is that literally a 16-inch handguard?
5    A    No. I believe the picture before,
6 that was the AMBI one. I don't believe that's a
7 16-inch handguard. It's a 16-inch barrel.
8    Q    Got it.
9    A    The handguard itself I believe is 9 or
10 10 inches. I don't remember off the top of my
11 head which one for that particular model.
12   Q    And an 11.5-inch is an 11.5-inch
13 barrel?
14   A    Yes.
15   Q    And the last sentence of the paragraph
16 under "Background" reads:
17            This test covers both
18      suppressed and unsuppressed firing as
19      well as both semi-automatic and fully
20      automatic rates of fire with two
21      different brand magazines and
22      ammunition.
23        Correct?
24   A    Yes.
25   Q    What does "suppressed versus

Page 73

1 unsuppressed" mean?
2    A    That means with or without a
3 suppressor installed on the muzzle end of the
4 device.
5    Q    Did ArmaLite or SEC manufacture rifles
6 that allowed for both suppressed and unsuppressed
7 firing?
8    A    Yes. We have the company AWC, which
9 is -- their entire purview is, they produce
10 suppressors for firearms.
11   Q    And does ArmaLite manufacture -- at
12 least as of April 2019, did ArmaLite manufacture
13 both semi-automatic and fully automatic rifles?
14   A    Yes.
15   Q    Earlier you mentioned that you were
16 able to get a scaled-down version of the piston
17 system working with a -- you said a pistol-length
18 barrel. Right?
19   A    I believe so.
20   Q    What is that length? What is the
21 length of the piston length?
22   A    I don't recall what the length is.
23   Q    Is it shorter than 16 inches?
24   A    Yes, it is.
25        Well, I take that back. You can have

19 (Pages 70 - 73)

Page 94

1 Project" at the top.
2    A    Yes.
3    Q    In paragraph that is numbered 3 that
4 starts with, "They want to modify piston base" --
5 do you see that?
6    A    Yes.
7    Q    The second sentence says:
8            I suggested that they use
9 my rail and barrel nut.
10           And this is written by Mr. Brown.
11           So I presume he's referring to the
12 AMBI rail and barrel nut.
13           Do you recall him suggesting that?
14   A    I recall when he -- when I met with
15 him and he showed me, the first time I was really
16 getting hands on the rifle, that it would fit in
17 his rail but it would not fit in ours.
18   Q    Would utilizing his rail and barrel
19 nut have been possible on the SAC rifles?
20   A    If we had scrapped all of our
21 handguards that we currently were using.
22   Q    And it would have had to scrap the
23 barrel nut as well?
24   A    Yes, I believe, yeah, we had to use
25 his barrel nut.

Page 95

1    Q    Did SAC have standard barrel nuts for
2 its rifles?
3    A    Say that again.
4    Q    Did SAC have a standard size -- did
5 SAC have a particular size of the barrel nuts that
6 worked with its rifles?
7    A    The barrel nut -- I mean, all the
8 barrel nuts do the same thing: They hold the
9 barrel to the upper receiver.
10           The differences in between them are
11 making the handguard fit to the barrel nut.
12           So there --
13   Q    Okay.
14   A    -- would be a change because our
15 barrel nut wouldn't hold his handguard.
16   Q    Got it.
17           You talked earlier, when Mr. Dorsey
18 was questioning you, about needing to make the gas
19 piston system longer so that the front of it would
20 stick out of the handguard.
21           Do you recall testifying to that?
22   A    Yes.
23   Q    Would it just have been as simple as,
24 hey, make the gas piston system longer, in order
25 to accomplish that?

Page 96

1    A    No.
2    Q    Why not?
3    A    Once you start changing items within
4 the lengths, diameters -- you change one thing,
5 and it affects everything down the line.
6    Q    So changing, for example, the length
7 would have meant reengineering other aspects of
8 the system?
9    A    Yes.
10   Q    Okay.  You also mentioned that the
11 AMBI gas piston system required using multiple
12 tools to change from suppressor to nonsuppressor.
13           Do you recall that?
14   A    I believe it uses two tools in the
15 original design.
16   Q    Okay.  Why is that problematic?
17   A    It's problematic in the sense that you
18 have to, for one, carry these two tools.
19           So if you're out and about -- whether
20 you're at the range, in a military application,
21 whatever, you're carrying two additional tools
22 with you.
23           And then if you had been firing the
24 rifle, now you have heat and, you know -- it's not
25 a very simplistic....

Page 97

1    Q    Okay.  With the AWC suppressors, was
2 it required to use two tools to change from
3 suppressor to nonsuppressor?
4    A    No.
5    Q    Okay.  Would any tools be required for
6 the AWC suppressors that were manufactured by SAC?
7    A    Not unless they got stuck and you had
8 to use a wrench.
9            But, no, by design it was not.
10   Q    Okay.  And finally, Mr. Dorsey asked
11 you some questions about services that were
12 provided by AMBI.
13           Did Mr. Brown ever indicate to you
14 that AMBI would be charging SAC or invoicing SAC
15 for those services?
16   A    As far as I know, he had never
17 mentioned any invoicing to me; and the way it was
18 explained to me from Jason was -- that was part of
19 the purchase agreement, was having support for the
20 AMBI system.
21           MR. TILLER:  I have nothing further.
22           MR. DORSEY:  Just a couple of
23 questions, Mr. Wallace.
24           FURTHER EXAMINATION
25 BY MR. DORSEY:

25 (Pages 94 - 97)