EXHIBIT 6

DocuSign Envelope ID: 79AC658D-DBA5-4550-8620-4A23CD51FE21

Expert Report of Dave M. Lauck

AMBIMJB, LLC v. Strategic Armory Corps, LLC

United States District Court for the District of Maryland

Civil No. JKB-20-807

Prepared by:

Dave M. Lauck / DLS Inc.

P.O. Box 4843

Chino Valley, AZ.  86323

www.DLSPORTS.com

TABLE OF CONTENTS

Background and Qualifications..................................................................................................... A

Summary of Opinions.................................................................................................................. B

Obviousness of U.S. Patent No. 9,816,769................................................................................ C


Narrative Report Sections:

Historical Developments............................................................................................................. D

FN FAL Rifle.................................................................................................................................E

Russian Dragunov Rifle.............................................................................................................. F

FN FNC, Steyr AUG, Yugoslavian M76.....................................................................................G

FN SCAR.....................................................................................................................................H

AR15 / M16 Rifles / Carbines...................................................................................................... I

Rhino System.............................................................................................................................. J

Gas Regulation and Gas Blocks................................................................................................. K

The Obvious Fix...........................................................................................................................L

Noveske Switchblock Patent.......................................................................................................M

James Sullivan Patent.................................................................................................................N

Adams Arms Patent.....................................................................................................................O

Brown Patent...............................................................................................................................P

Test Firing Brown System........................................................................................................... Q

Conclusion.................................................................................................................................. R

Compensation..............................................................................................................................S

Previous Cases............................................................................................................................T

Dave M. Lauck Resume...............................................................................................................U

Invalidity Claim Chart..................................................................................................................V

(A)

Expert Report of Dave M. Lauck

Background, Qualifications and Assumptions

My background and experience are set forth in my attached resume.

In preparing this report I have been told by counsel for Strategic Armory about the applicable legal standards.  This is what they have told me:

Counsel for Strategic Armory, LLC, the Defendant in this case, have engaged me to provide an expert opinion on whether the invention claimed by Plaintiff AMBIMJB in U.S. Patent No. 9,816,769 (also called "the '769 patent") would have been obvious to a person of ordinary skill in the field of the '769 patent (or "a person of ordinary skill in the art" to which I understand such persons are oftentimes referred) at the time the application leading to the '769 patent was filed, and as a result, the '769 patent is invalid.  The application that resulted in the '769 patent was filed October 25, 2016.

In formulating my opinions, I have considered my training, knowledge, and experience in the relevant technology of the '769 patent, as well as the materials cited herein.  In formulating my opinions contained in this report, I have formed my opinions from the perspective of one of ordinary skill in the art.

In this regard, I have been asked to provide a definition of a person of ordinary skill in the art to whom the '769 patent is directed.  I have been informed that a person of ordinary skill in the art is a hypothetical person who is presumed to have known the relevant art at the time of the invention. Counsel has further informed me that factors that may be considered in determining the level of ordinary skill in the art may include: (1) the "type of problems encountered in the art;" (2) "prior art solutions to those problems;" (3) the "[speed] with which innovations are made;" (4) the "sophistication of the technology;" and (5) the "educational level of active workers in the field." *In re GPAC,* 57 F.3d 1573, 1579 (Fed. Cir. 1995).

In my opinion, a hypothetical person of ordinary skill in the art would be a person with a Bachelors degree in engineering and also possesses firearms experience, or a person with firearms experience who has completed study and or training courses in gunsmithing and or armory work along with at least 5-7 years of experience in gun design and or gunsmithing, or a person having at least 7-10 years of total experience in successful gun design and or gunsmithing without formal education.  Many persons of ordinary skill in the field of gas operated carbine and rifle design do not have a formal engineering background. In my experience some of the most knowledgeable people in the firearms field are people who learned the art from hands-on personal experience.

I am informed by counsel that the obviousness of a patent is covered by 35 USC §103, which states:

> *A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negated by the manner in which the invention was made.*

I am also informed by counsel that obviousness is a question of law based on underlying factual inquiries. These factual inquiries include:

- The scope and content of the prior art;

- The differences between the claimed invention and the prior art; and

- The level of ordinary skill in the pertinent art.

(B)

Summary of Opinions

The following is an overview of my opinions related to U.S. Patent No. 9,816,769:

The claims of the '769 Brown patent of 2016, include: a gas firearm operating system with a barrel, gas port, gas block on the barrel, gas block passageway connected to a gas port on the barrel, a gas actuation piston insertable through the front of the cylinder housing, a switchable gas control valve and allowing gas to exhaust in a forward direction.  An objective individual with ordinary skill in the art would have known that this general method of operation for gas operated rifles and carbines was in active use years before 2016 and would have been obvious to such a person of ordinary skill in the art.

In my opinion, based on my reading of the '769 patent and my knowledge and experience as set forth in my resume and in this report, the art to which the invention of the '769 patent pertains is the art or technology of the design of gas operated carbines and rifles for combat or sporting use.

(C)

Obviousness of the Inventions Claimed in U.S. Patent No. 9,816,769

Gas pressure operation for firearms has been in use since the late 1800s.  Operator selectable regulation of gas pressure has been available since the early 1900s. Modern firearms market publicity has been given to user adjustable gas systems since the 1980s forward. This publicity was especially strong in the 1990s – 2000s, prior to the 2016 '769' patent. This includes user adjustable gas systems which forward exhaust excess gas pressure. Persons of ordinary skill in this art know about these developments and would have considered them to be obvious in 2016.  So much so that a 2011 magazine article, which I discuss further below, indicated that the "obvious" fix for problems with direct gas systems is a piston gas system. The article went on to describe the user adjustability feature of the system; a rotatable knob on the front of the gas block.

(D)

Historical Background

As persons of ordinary skill in this art recognize, John Moses Browning is most often given historical credit for recognizing the potential for harnessing gas pressure generated by discharging a firearm in order to mechanically operate a firearm in a semi-automatic or full automatic mode. This discovery was reportedly made while Browning was at a shooting competition and observed that the vegetation near the muzzle of a rifle moved when the rifle discharged. This historical discovery for firearms advancement occurred in Ogden, Utah in the spring of 1889.

Browning began experimentation and development for the gas operation of firearms and had a reliable gas operated machinegun accepted into military service by 1895. Browning designed and developed many other firearms, including the gas operated Browning automatic rifle of 1917. Browning's gas operated designs obviously required gas regulation and experimentation to achieve successful mechanical operation in these early days of gas operated firearms. John M. Browning is so well known for his firearms achievements that there is still a museum in Utah dedicated to displaying his firearm developments. His firearm advancements are still frequently mentioned during current day television programs.



Figure 1

Browning 1895 Gas Operated Machinegun



```
Figure 2
Browning Gas Operated Rifle    (BAR)
```

(Source: History of John Moses Browning, American Gunmaker / Browning Museum Ogden, Utah)

As the development of gas operated firearms evolved, including gas trap designs for rifles, other people recognized that giving individual shooters the ability to regulate the gas in the firearm could be beneficial. Inventor and military General Manuel Mondragon reportedly designed an adjustable gas block for the Mondragon rifle as far back as the early 1900s. This adjustable gas block allowed individual shooters to control the gas flow in the rifle with a lever located on the gas block of the rifle. Examples of these rifles still exist today. There was no information reviewed in this case, which included the file history of the '769 patent, that indicated that the Patent Office reviewed the historical development of the adjustable gas block before granting the '769 patent in 2016.



```
Figure 3
Mondragon adjustable gas rifle
```

(Rock Island Co.)

Gas operated firearms development continued to evolve to the point where most WWII era semi and full automatic handheld long guns that fired mid power or full powered cartridges were gas operated.

Development of all of these firearms required gas regulation experimentation to make them function properly.

Without gas adjustability, gas operated firearms only experience the best mechanical operation within a limited pressure range of ammunition. Ammunition falling outside this limited pressure range, or 'sweet spot' of ammunition, can cause functional problems in gas operated firearms. This has been long since known and obvious to people with firearms knowledge.

(E)

In the era of 1946-1953 the FN FAL rifle was developed. It has been in active use since 1953 and is still in use today. It is one of the most widely used and well known rifles in history. It has been used in over 80 countries and has been widely available in the USA.  By the time the FN FAL rifle was designed, the desirability of a user adjustable gas system was well known. The FN FAL rifle comes equipped with a fully adjustable gas system that could be adjusted by individual operators. The adjustable gas regulator allows the rifle to be adjusted for environmental conditions, various types of ammunition, suppressor use, and fouling.



Figure 4

FN FAL rifle with adjustable gas system



```
Figure 5

Adjustable gas regulator FN FAL Rifle
```

(National Rifle Association)

(F)

The Russian Dragunov rifle was developed in the early 1960s and is still in use today. The rifle is recognized worldwide by those with firearms knowledge and has been sold in the USA. The rifle has a user adjustable gas system.

 (Rock Island Co.)

(G)

The FN FNC, the Steyr AUG bullpup and the Yugoslavian M76 were all developed in the 1970s. All of these rifles are recognized internationally, have been sold in the USA, and have user adjustable gas systems.



Figure 7

FN FNC carbine with
adjustable gas system



Figure 8

Steyr bullpup with adjustable gas system

(Rock Island Co. / Steyr / Tactical Weapons)

(H)

FN continued their firearms advancement in the 2000s by bringing out the FN SCAR rifle. (Special
Operations Forces Combat Assault Rifle). The SCAR rifle is well known, has been widely sold in the USA,
and has an adjustable gas system.

```
Figure 9


FN SCAR Rifle with
adjustable gas system
```



(FN USA)

I am not aware of any information indicating that the Patent Office reviewed the above mentioned widely known adjustable gas firearms before granting the '769 patent in 2016.

(I)

AR-15 / M-16 Rifles



```
Figure 10

AR-15 Style Rifle
```

The AR-15 / M-16 rifle was designed and developed in the late 1950s and early 1960s. Eugene Stoner (now deceased) and James Sullivan were the primary designers of the rifle.  The AR-15 / M-16 has been in military use since the 1960s.  The initial design operated with a direct impingement gas system. The gas system was well known for quickly fouling the rifle's action thus contributing to unreliability.

(J)

The Rhino International Company invented and developed an op rod / piston system with a user adjustable gas regulator for the AR-15 / M-16.  A patent for their invention was granted January 13th, 1981. (#4,244,273) The "Rhino System" received wide ranging publicity and has been well known by people in the firearms industry.   No information reviewed in this case indicated that the patent office reviewed the Rhino System patent of 1981 before granting patent number 9,816,769 of 2016.

(K)

In the 1980s and 1990s, gas regulation became very widely known and used with AR-15 / M-16 rifles and carbines. This included both direct impingement and piston driven versions of the firearm. Gas regulation was most often accomplished by a screw or knob located at or on the gas block of the firearm.

Gas regulation in the AR-15 / M-16 style of firearm became even more popular in the 2000s. Many companies began offering their own version of adjustable gas block for these semi and full automatic firearms. Some adjustable gas blocks range from two to forty gas settings, while other gas blocks have precise screw thread gas path adjustments.  Some of the companies offering adjustable gas blocks include: Doublestar, JP Enterprises, Odin Works, Precision Reflex, Seekins Precision, SLR Rifleworks,

Superlative Arms, Ruger, Patriot Ordnance, Land Warfare Resources Corporation, SIG, Adams Arms, Wilson Combat, Primary Weapons and Syrac Ordnance. (More detailed investigation will be required to determine exactly when each company brought their adjustable gas blocks to public market.)



Figure 11

Example of front adjusting, multi position adjustable

Gas block



Figure 12

Example of front adjusting multi position adjustable

gas blocks

(L)

Adjustable gas blocks and systems have received much publicity since the 1980s to the present. This publicity has included public magazine articles, firearms industry articles, internet articles and videos. One Shooting Times magazine article about an adjustable gas Ruger rifle describes the problems with

the original AR operating system and states: The "obvious" fix for the direct gas system's problems is a piston operating system. The same article goes on to show a photograph of the Ruger company's four position gas adjustment knob located on the front of the Ruger rifle's gas block. The date of the public article is January 4th, 2011. I am not aware of any information indicating that the Patent Office reviewed gas block rifles, such as the Ruger above mentioned widely known adjustable gas firearms before granting the '769 patent in 2016 .

(Shooting Times Magazine)

(M)

The 2016 patent information involved in this case review (US9816769 section 1d) states the device has "a switchable gas control valve". However, there was no mention of the "Switchblock", an adjustable gas block designed, developed and patented by John Noveske in 2008-2010. (U.S. Patent No. 7,856,917 B2). John Noveske was a young gunsmith working out of Grants Pass, Oregon. His AR-15 rifle work and "Switchblock" adjustable gas block were well known by the firearms industry and by the shooting public. I am not aware of any information indicating that the Patent Office reviewed the "switchblock" Patent No. 7,856,917, before granting the '769 patent in 2016.



Figure 13

Noveske "Switchblock" front adjusting
multi position adjustable gas block

(Noveske Rifleworks)

(N)

As previously mentioned, James Sullivan was one of the original designers of the AR-15 / M-16 rifle in the late 1950s - early 1960s.  On March 14, 2013 Sullivan filed an application for a patent on a new and adjustable gas block regulator for the AR-15 / M-16 rifle.  See U.S. Patent Publication No. US2013/0269510A1, published March 10, 2015. I am not aware of any information indicating that the Patent Office reviewed Sullivan's gas block regulator publication before granting the '769 patent in 2016.

(O)

Adams Arms Patent

Documents I have reviewed In this case indicate that the Patent Office did review two Adams Arms patents, including: U.S. Patent Nos. 7,739,939 B2 dated June 22, 2010 and 7,971,518 B2 dated July 5, 2011. The Adams Arms patents are related to a direct drive retrofit for rifles. The '518 patent specifically indicates the Adams Arms System is comprised of parts including a gas block, gas plug at the muzzle end, and a continuous operating rod that can be removed from the muzzle end of the gas block. In addition, people of ordinary skill in this art would have known the Adams Arms disclosures of venting hot gases forward away from the gun and shooter, using a drive rod and having multiple and adjustable gas settings for various conditions of operation.

13  B



Adams Arms Agency 5.56 NATO/.223 Rem 16" Free-Float Piston Driven AR-15 Style R...

A short stroke free floating piston system.

Is Self-Cleaning.

Carbon and gases are expelled forward, away from operator.

Corrosive resistant coating processes.

Harmonics are not transferred into the barrel.

Adjustable gas settings for various applications.

Doesn't vent directly to atmospheric pressure; this eliminates flash signature and super sonic crack which is optimal for night vision and suppresses fire.

(Adams Arms)

I am not aware of any information indicating that the Patent Office reviewed Adams Arms U.S. Patent No. 7,469,624B1, which was granted in 2008. This patent, along with the Noveske Switchblock Patent No. 7,856,917 B2 and the Bushmaster piston drive unit with the forward venting adjustable gas plug

which has been available on the open firearms market since the 2000s are included in the attached Invalidity Claim Chart which is part of this report.

(P)

Brown '769 Patent

Review of the Brown '769 patent shows that it discloses a device including a gas block, a switchable gas control valve at the muzzle end of the gas block, a gas piston drive rod and capability of venting hot gas out the front end of the gas block away from the gun and shooter.  Photos of prototypes Plaintiff claims use the invention claimed in the '769 patent are below.

Figure 14          Brown system   '769'





Figure 15

The Brown patent relates to a gas piston system that allows excess gas pressure to be vented in a forward direction. People of ordinary skill in this art knew that that forward venting gas pressure had been used in rifles for years prior to 2016.

The Brown '769 patent acknowledges that other systems have provided for forward direction gas exhaust, but claims such systems have been complex to manufacture, difficult to disassemble and or clean. People experienced in the art know this is not accurate. Piston drive operation, with forward (and adjustable) gas exhaust, with simple disassembly and cleaning has been in use years prior to 2016. In fact, piston drive before the Brown patent is easier to disassemble and clean than the Brown unit.

Summary of Invention (Brown '769 Patent)

This area describes how the Brown unit has a gas piston that inserts through the front of the gas block / cylinder housing, has a switchable gas control valve to control gas flow. People experienced in the art know this is not new.  The Brown '769 patent indicates (and persons of ordinary skill in this art knew) that operation rods/pistons inserting from the front of the gas block and an adjustable gas flow control at the front of the gas block had been in use for years prior to 2016.

The Brown patent discloses that gas is released to atmosphere from the forward end of the control valve. People of ordinary skill in the art knew forward direction of gas release from an adjustable gas plug had been in use years prior to 2016.

The Brown '769 patent discloses that the Brown system includes a gas block mounted to a firearm barrel, with an operating rod to cycle the action. A gas piston may be directly or indirectly connected to the operating rod, which may be inserted through the front end of the cylinder housing / gas block, along with the gas flow control valve. The cylinder housing is described as having a uniform interior for easy cleaning. Venting gas through a barrel port and being able to control gas flow is described. This information and/or operation is not new, as persons of ordinary skill in the art knew it had been in use years prior to 2016.

The Brown patent discloses that the Brown system vents gas into a forward chamber, out the gas control valve, then into atmosphere.  It also indicates the gas flow control valve is held in place with a tab and retention groove, and the gas control valve, piston and operating rod can all be removed through the forward open end of the cylinder / gas block housing. Persons of ordinary skill in this art knew that this information and/or mode of operation was not new and had been in use for years prior to 2016.

The attached claim chart sets forth the Brown '769 patent claims and my analysis of how the pre-2016 materials discussed above show that the inventions described in the Brown '769 patent claims would have been obvious. I discuss here some of the materials I have collected to establish when certain information discussed in this report became publicly available.

Figures 16 and 17[1] show a gas system that has been in use and available on the open firearms market years prior to 2016.

---

[1]  Figures 17 – 17E are attached.



Figure 16

Example of a front loading adjustable gas system that has
been known and in use in the firearms industry many years
before the '769' patent

Figures 17B and 17C are emails discussing firearm piston drive technology years prior to 2016. These discussions are about commercially available piston drive technology with forward exhausting gas that was provided to military personnel (but not limited to military personnel). This technology has been available on the open firearms market for years prior to 2016.

The gas operating system shown in Figures 16 and 17 is for a firearm with a barrel, gas port and gas block (open at both ends). A gas piston is insertable from the open forward end of the gas block / gas cylinder. An adjustable gas control valve / plug is insertable into the forward end of the gas block / gas cylinder.  The adjustable gas control plug / valve lets gas exhaust out the front of the firearm to atmosphere.  This system uses a piston / op rod to cycle the firearm. This system uses two separate orifice sizes to regulate gas flow. In addition, this system allows fine tuning of the gas flow via a gas metering screw. This system can be assembled / disassembled through the front of the gas block after removing in the gas plug, which is retained by a lug / tab and retention groove.  This system was available on the open firearms market years prior to 2016. In fact, years before 2016, I authored an Instruction manual (17F) to accompany firearms with the above described piston drive gas system.

(R)

Conclusion

As shown in this report above and the attached claim chart, structures performing all of the functions performed by the parts of the invention set forth in the claims of the '769 Brown patent were well known to persons of ordinary skill in the art prior to the filing date of the Brown '769 patent in 2016.

There are really no functional differences between the sum total of the "prior art" (the pre-2016 information I reviewed and which is discussed in this report and the attached claim chart) and the Brown '769 patent claims, except that no one piece of information I reviewed shows the entirety of what the Brown '769 patent claims.  Such persons of ordinary skill in the art had enough knowledge (the "level of ordinary skill in the pertinent art" mentioned above) that it would have been obvious for such persons to have put the pieces together to produce the Brown '769 patent invention.  The inventions claimed in the Brown '769 patent as a whole thus would have been obvious to persons of ordinary skill in the art.  The way the Brown patent carries out the function may not be the best way to have done it, but it would certainly have been an obvious way to provide structure to perform the known functions carried out by the structures described in the Brown '769 patent claims.

(S)

Compensation

I am being compensated for this case at the rate of $300 per hour. My fees are not dependent or contingent on the outcome of this case. A supplement to this report may be completed if I review additional information relevant to this matter.

(T)

Previous Testimony and investigation as an Expert Witness in Prior Four Years

2016 Bertram (ex-police chief) Shotgun Shooting Death / Murder case (Winner, South Dakota)

2016 Speckmier Police Shooting Case (South Dakota)

2018 Schmitz Murder Case (Lake County, South Dakota)

2019 Pfeiffer Shooting Death case (Hill City, South Dakota)

2019 Krause Police Shooting Death case (Topock, Arizona)

I understand that this report may be reviewed by opposing experts who may produce a report in anticipation or in response to this report.  Should I receive such a report, or any additional information bearing on my analysis or opinions expressed herein, I reserve the right to consider that information and respond.

_____
*Dave Lauck*

Dave M. Lauck
Dated:  June 1, 2020

Dave M. Lauck

Professional Custom Firearms and Designs, Training, Consulting, Expert Witness and Protective Services

Resume

40+ years experience with specialized firearms.

President – DL Sports Inc. 30+ years.

Specializing in professional custom firearms, firearms development and designs, training, consulting, expert witness and protective services.

Federally licensed firearms manufacturer.

NRA certified Firearms Instructor / NRA Legion of Honor member.

Founder – DLS SATA (Small Arms Training Academy)

Founder / Host ITRC   (International Tactical Rifleman Championships)

Founder / Host OMC (One Mile Club) Sniper Challenge

Has provided training and/or services to; State, Local, and Federal Police, U.S. military, National Guard, U.S. Army, U.S. Navy SEALS, USMC, FBI, National Shooting Sports Foundation, Hollywood Stunt Persons Association, and qualified civilians. Training provided rated as "Excellent".

---

High School Graduate, Madison, SD.

Completed training at police academies in South Dakota, Montana, Wyoming.

Approximately 2000 hours of POST (Peace Officers Standards Training) certified training.

Formally trained firearms Armorer by Colt, Smith and Wesson, Glock, Remington and H&K.

_____

Law Enforcement Background

27 years front line active duty, 1979-2006.

Prior to retirement, certified as a Professional Peace Officer in South Dakota and Wyoming, and a state CIB (Criminal Investigation Bureau) investigator in Montana.

A recognized expert witness since 1999 in high-level criminal court cases.

Experienced in police patrol, special investigations, SWAT, firearms instruction, SWAT sniper.

SWAT training course graduate.

Tactical operations training.

First Responder negotiations training.

Emotionally Disturbed / Mentally ill Persons, Crisis Intervention training and live resolutions.

Less Lethal force options training.

High Risk Entry training course graduate.

Tactical Building Entry and Search training.

Bus Interdiction training course graduate.

Patrol Responses to School Violence training.

Emergency response to terror incidents training.

Custody and control / handcuffing training.

Drug enforcement training.

German GSG9 (the highest level of German SWAT type training) tactical training.

Weapons of mass destruction response training.

First aid / CPR training.

Tactical Team training course graduate.

NTOA (National Tactical Officers Association) SWAT Supervision and Command training.

Formerly post certified practitioner / lecturer in SWAT and counter sniper tactics.

Selected as SWAT Team Leader, SWAT team sniper, Lead Patrol Officer.

Front line supervisor trained.

Point man on numerous dangerous arrest situations.

Personally resolved numerous serious police incidents without death or serious injury.

Approximately 2000 hours of post certified training.

WLEA (Wyoming Law Enforcement Academy) advanced firearms training graduate.

Department of the Army explosives training.

NRA police long range rifle school graduate. 1st place.

Years of Small Arms Training Academy experience and training.

Has served as police rifle, pistol, shotgun, submachine gun, and sniper rifle instructor.

Formally trained police firearms armorer, including Colt, Smith & Wesson, Glock, Remington, H&K.

Has personally investigated hundreds of felony cases and assisted in their courtroom prosecution.

Personally involved in hundreds of successful hands-on arrests of criminals.

While serving as a law enforcement officer, 100% conviction rate on all felony cases submitted to juries.

Highly rated expert witness for high profile cases involving firearms and tactics related matters.

U.S. Department of Justice DEA School. Passed with 100% score.

EVO, PIT (Precision Immobilization Technique, used to stop fleeing cars Maneuver, and spike strip training. Ranked top departmental Emergency Vehicle Operation officer.

Evidence collection training.

Interview training.

Hundreds of letters and notations of positive work performance.

Repeatedly rated as "Outstanding" in police job performance and police fitness evaluations.

Multiple Awards of Police Excellence / Employee of the Month.

FBI Sniper school graduate.

Instructor rated for weapons defense, edged weapons and firearms retention.

_____


Author - five books published on firearms and tactics - Training Manuals for police, military, and practical shooters.

#1. Practical Pistol - circa late 1980s - Self Published

#2. The Tactical Marksman – 1996 – Published by PALADIN PRESS

#3. The Tactical 1911 – 1998 – Published by PALADIN PRESS

#4. Advanced Tactical Marksman – 2002 – Published by PALADIN PRESS

#5. The Tactical AR-15 – 2007 – Published by PALADIN PRESS

Dave Lauck's work, training, and firearms advancements have been the subject of over 50 firearms trade publication articles.  (Does not currently have records for these articles)

Dave Lauck is or has been a staff member and or writer for Tactical Shooter, Accurate Rifle, Precision shooting, SSR, and American Gunsmith magazines. He has authored many articles for the above internationally recognized magazines. (Files not retained of articles)

Inducted into AH (American Handgunner, highest quality printed handgun magazine on the firearms market) Club 100 of Top Pistolsmiths 1989.

Inducted into American Pistolsmith's Guild 1998. The SLR (self loading rifle) hybrid project is still ongoing now. It is being done for the firearms market in general, and individuals who demand top reliability. It

has already been reviewed by Army Colonel and US Senator. Has already been featured in SWAT magazine, March 2018. (Special Weapons and Tactics). (it has adjustable gas system).

NRA Honor Roll 2000.

2003 letter of appreciation from Gen. Tommy Franks for firearms work and support of United States troops.

2004 Certificate of Appreciation from U.S. Army Sniper School.

2004 letter of appreciation from George W. Bush for custom gunsmithing.

2005 ITRC Award.

2006 ITRC Award.

2006 Letter of Appreciation from 5th Group Special Forces.

2011 Membership in Safari Club International.

2012 Voted American Pistolsmith of the Year.

2013 Certificate of Recognition from Paralyzed Veterans of America.

2014 Certified Advanced Performance Driver.

2016 Certificate of Achievement - Defensive Pistolcraft – Gunsite Academy.

Launched the 2020 version of the MR-30PG precision rifle after 40+ years of evolution.

Rated 100% by the American Gunsmithing Institute for machine shop skills.

Is or was (prior to retirement from police)  a member of Club 100 ( Top Pistolsmiths ) , American Gunsmithing Association, American Special Operations Sniper Association, American Pistolsmiths Guild, National Tactical Officers Association, Outstanding American Handgunner Awards Foundation, Safari Club International, 1911 Society, One Mile Club, Police Marksman Association, National Patrol Rifle Advisory Board, and Life Member of the NRA.

Has customized eight consecutive world championship firearms, and customized the first place rifle for the National Patrol Rifle Championships.

Lauck's MR-30PG precision rifle took 1st place in an international shooting competition in Bulgaria while being operated by a U.S. Army Colonel. 2019

Developed the MR-30PG precision rifle, the only Triple Crown winning rifle at the International Tactical Rifleman Championships.

Developed a 'Professional Model' 1911 pistol to overcome the weak points of the standard 1911 pistol.

Designed and or developed firearms sand cuts, loaded chamber ports, enhanced holster safety features, reliability enhanced magazines for firearms, reliable blank firing .45 caliber 1911 pistols, enhanced AR, AK and SLR rifles and carbines, including designing adjustable and lockable gas regulators to optimize gas flow for improved firearm reliability, shootability and longevity of both long and short stroke piston

systems. Anti-walk pins for trigger groups. Pro Model Glock pistols, extreme duty firearm sights, the MR-30PG line of rifles and Pro Model and Service Model line of 1911 pistols, including properly designed SS (short slide) Pro Model pistols, specialty optic reticles, protective and recoil shouldered mounting for optics and recoil shoulder mounting for iron sights. Mounting rails, lighting systems, optic protection handles, scope turrets, adjustment protection and durability enhancements, corrective eyewear for shooters, kydex shooting products, enhanced manual safety for Glock pistols, hand stops, thumb safeties, and thumb guards and numerous other enhancements for rifles, carbines shotguns and handguns, as well as field practical knife designs.  The SLR (self loading rifle) hybrid project is still ongoing now. It is being done for the firearms market in general, and individuals who demand top reliability. It has already been reviewed by Army Colonel and US Senator. has already been featured in SWAT magazine, March 2018. (Special Weapons and Tactics) and has adjustable gas system.

Designed and developed portable rolling shields for police and military operations that will withstand repeated high powered rifle impacts. Complete with illumination, video and viewing capability.

Received the APG President's award for his skills contribution towards the construction of a custom auto pistol for President George W. Bush.

Has customize two revolvers for President George W. Bush and Vice President Dick Cheney.

2016 crafted a presentation grade 1911 autopistol for President Donald J. Trump.

Was awarded the Golden Eagle Award from the US Army for providing American Troops professional pre-combat deployment firearms training.

Was unanimously selected to receive the Excellence in Craft Award from the American Gunsmithing Association.

Was selected as a sniper instructor for the World SWAT Conference, and the US National SWAT Championships.

Has received two ITRC awards, and the APG President's award for advancements in the shooting industry.

Has completed custom gunsmithing work for Col. Jeff Cooper, who is known as the father of modern pistolcraft and founder of the Gunsite Training Academy.

Crafted the 40th Anniversary presentation 1911 pistol for the Gunsite Training Center.

Customized the 1911 pistol for Ruger Firearms Company's 5 millionth gun celebration.

Customized Colt revolvers to commemorate John Wayne's last movie; The Shootist.

Customized the MR-30PG rifle for the "Shooter" TV series.

Customized the raffle rifle for Firefighters killed in the line of duty; The Granite Mountain Hotshots.

Customized firearms for well-known actors, including Clint Eastwood and Robert Duvall.

Customized firearms for the Texas Ranger Foundation, including "Texas Ranger of the Year", as well as work for state, local, and federal officers and agents.

Customized firearms for a wide range of military personnel, including Special Forces personnel.

His custom gunsmithing work has been inducted into the Buffalo Bill Historical Center Museum.

_____

Shooting Performance

1st Place winner of the SOF World Championship rifle event.

Top 10% finisher in world championship three gun competition (Rifle / Pistol / Shotgun).

Team Captain of World Championship Shooting team.

1st Place NRA 600 yard counter sniper challenge.

1st Place American Small Arms Academy sniper shoot off.

1st Place / Top Score Gunsite Academy Shoot off and Qualification.

1st Place police two gun combat match.

1st Place winner Northwest regional combat match.

1st Place tactical division winner WY combat match.

Two time winner of outstanding shooter awards.

Distinguished Graduate from American Small Arms Training Academy.

140 1st Place shooting division and or stage wins, 86 top 5 finisher in a shooting season rotation.

1st Place handgun 'Beam Shoot' team. 45 ACP.

1st Place finishes in L10 and Senior divisions at NAZC (Northern Arizona Classic, shooting match held in AZ attended by very skilled shooters).

100% police departmental qualification scores on all carbine, sniper rifle, shotgun, submachine gun, and pistol qualification events for 20+ years.

100% score on LEOSA (Law Enforcement Officers Safety Act) qualification

Designed and developed the DLS 200 grain .45 ACP bullet. During the development stages of this bullet, and the years thereafter, Lauck proved the bullet's performance in competition while using a Professional Model pistol of his own manufacture. This resulted in numerous competition match, stage, division, category, string and class wins; over 900 first place finishes, over 400 top five finishes, top hit factor rating of 13.37, and top iron sight speed run on five separate targets of 2.6 seconds, including reaction time and a draw. Most importantly the DLS manufactured pistol surpassed 100,000 rounds fired without stoppage or parts breakage. This same ammo and 'low capacity' pistol combination was used to place in the top 3 out of over 200 registered shooters at a Gunsite hosted combat pistol training and competition.

Contact Information;

Dave M. Lauck

P.O. Box 4843

Chino Valley, AZ  86323

Phone:  928 636 1726

Email     dlsports@cableone.net

Website;    www.DLSPORTS.com

## United States Patent No. 9,816,769

## Invalidity Claim Chart

| CLAIM | PRIOR ART |
|---|---|
| 1. A firearm gas operating system, comprising: | See U.S. Patent # 7,469,624 from 2008. (see figure 13B) Adams Arms Piston System. Claim #1. Line #1. A direct drive retro fit system for use with a rifle. Background of Invention, Field of the Invention, Column #1, lines 6-7. This invention relates generally to an improvement to the impingement system of the M-16 and AR-15 rifle platforms. Objects of the Invention, Column 2 Line #12-13....an improved device for the replacement of the OEM rifle impingement system with a direct drive retrofit system. Summary of the Invention, Column 2, Line #32-33. …provides a new and unique direct drive retrofit system for the M16 rifle platform. |
| a barrel having an axial bore and a gas port; | See U.S. Patent # 7,469,624 from 2008. Claim #1. Lines # 7 - 8. Gas port formed through barrel. Summary of the Invention, Column 2, Line # 60,…a gas port formed through the barrel. (Figure 3, gas port #36, discharge gas #34, rifle barrel #30). |
| a gas block on the barrel having a gas block passageway operatively connected with the gas port, the gas block including a cylinder housing extending axially substantially parallel to the barrel bore and open at forward and rear ends; | See U.S. Patent # 7,469,624 from 2008. Claim #1. Line #11 A gas block being secured to the barrel. Claim #1. Lines # 6 - 7. Having an aperture being configured to receive a discharge gas from a gas port formed through barrel. Claim#1. Lines # 1- 4. A gas block having a barrel bore and a gas plug bore, both extending completely through gas block. Barrel bore and gas plug bore being substantially parallel to each other. Summary of the Invention,  Column 2, Lines # 54 – 57, The gas block having a barrel bore and a gas plug bore, both extending completely through the gas block, the barrel bore and the gas plug bore being substantially parallel to one another. |

| | |
|---|---|
| | Summary of Invention, Column 2,  Lines # 63-64, the gas block being secured to the barrel.<br>Summary of Invention, Column 2, Lines # 58-60, barrel securely inserted therein (in the gas block), the barrel bore (of the gas block) having an aperture being configured to receive discharge gas from a gas port formed through the barrel.<br>Figure #3 of the 624 patent shows a close up view of the gas block (24), barrel (30), gas plug (42), gas inlet (36), the gas block is secured to the barrel (104), the barrel (30) and the gas block (24) are parallel to each other. |
| a gas actuation piston insertable through the open forward end of the cylinder housing to operably reciprocate in the cylinder housing between a forward at rest position and a rearward actuated position, the piston having a head portion with a recess including an open forward end and closed rearward end; | See U.S. Patent # 7,469,624 from 2008.<br>Claim #1. Lines # 57 - 62<br>Rod can be uninstalled (or inserted) from the muzzle end by user in a single piece.<br>Claim #1. Lines #  38 – 39.<br>Said rod is actuated in a breechward (rearward) direction (and returned via compression coil spring. Reciprocates).<br>Claim #2. Line # 2.<br>Actuating means (rod) is a piston-cylinder coupling. (Front end of the rod) being hollow in shape and forming a cylinder.<br>Claim #1. Lines # 53 – 54.<br>The rod actuates the bolt carrier key. (with the closed / solid rear end of the rod).<br>Summary of the Invention, Column 2, Lines # 41-42 and 46-47, can be easily removed (or inserted) in the field, from the front of the rifle near the gas block. (Figure #1 of 624 patent shows disassembly / assembly via the open forward end of the cylinder housing.)<br>Summary of Invention, Columns 5 and 6, lines 35 – 7.   Ability to remove the gas plug and rod without removing the handguard or gas block. Extracting in a muzzleward direction. Inserting from the muzzleward direction towards the breech.(see figure 6 of the 624 patent)<br>Summary of the Invention, Column 4, lines #55-56 the rod has a cup shaped cylinder formed on the muzzleward end..configured to receive the end of the gas plug. Lines # 33-34, the beechward end is flat faced, contacting the flat face on the bolt carrier key. (see figure 1, 624 patent). |

| | |
|---|---|
| a switchable gas control valve insertable into the open forward end of the cylinder housing, the valve including a central passageway open at forward and rear ends, a plurality of separate gas flow control orifices selectively positioned to control gas flow from the gas block passageway to an interior chamber in the cylinder housing defined between the control valve and gas actuation piston; | See U.S. Patent # 7,469,624 from 2008. Claim #1. Lines # 18 – 19. Gas plug being inserted into gas plug bore, entering from the muzzle end. Claim #9. Lines # 1 – 2. At least one key is formed on an outer surface of the gas plug. Claim #9. Lines # 3 – 4. A keyway is formed within the gas plug bore to receive the key. Claim #9. Lines # 5 – 7. A spring loaded detent is located on the gas plug. A detent notch is located in a corresponding position within gas plug bore. (The three operational positions of the adjustable gas plug of the 624 patent are described in the operator's manual, page 8, as being: high, low and off. The gas plug in the 624 patent is operator switchable between positions by simple detent operation).<br><br>See U.S. Patent #7856917B2. Applied for in 2008 and granted in 2010. "Switchblock" by John Noveske. (see Figure 13 in Expert Report) The switchblock is designed to regulate the flow of gas in a firearm, and it allows user adjustment. The switchblock allows for three positions of adjustment: Standard, reduced gas flow (for suppressor use) and no gas flow. A spring loaded detent is used to hold the gas regulator knob in each setting. Apertures determine the amount of gas flow allowed to pass into the operating system. A forward mounted adjustment knob is rotated to select one of the three settings. Summary of Switchblock: a firearm is provided, including a barrel and gas block, the swichblock is secured to the barrel, the Switchblock has a spring loaded adjustment lever which allows for the rotation of an adjustment knob, allowing three provided positions of use. Detailed Description: The Switchblock is designed to offer the user of an AR15 or AR10 rifle the option of adjusting the amount of gas which is |

| | allowed to pass from the bore into the gas operating system.<br><br>The Bushmaster piston drive system has been on the open firearms sales market years before 2016. (see Figure 16 and 17 of Expert Report)<br>The piston uses multiple sizes of gas flow control orifices selectively positioned to control gas flow. In addition, an adjustable gas control plug, or valve with an open central passageway can be used to fine tune gas flow and vent excess gas out the forward end of the gas valve via a gas track. (See figure 17 of Expert Report)<br>(Figures 17B and 17C of Expert Report are Emails from 2008 discussing this system already in production and use. See figure 17D, POLICE magazine article from 2007 discussing the Bushmaster system. See Figure 17E, 2007 AR-15 Forum discussing the Bushmaster system. See also https://www.youtube.com/watch?v=zGKLvb3ycu4, 2011 Youtube video discussing the Bushmaster system). See 17F of Expert Report, Instruction Manual authored by Dave M. Lauck prior to 2008, covering a customized version of the Bushmaster piston / push rod system for AR-15 style firearms. |
|---|---|
| and a tubular extension open at opposite ends and axially extending rearward from the gas control valve, the tubular extension being configured to be received by the open forward end of the piston head portion recess; | See U.S. Patent # 7,469,624 from 2008.<br>Claim #2. Lines # 3-5.<br>A piston is formed by the exhaust portion of the gas plug. (AKA gas control valve.) The exhaust portion is generally cylindrical in shape forming the piston.  (The piston is a tubular extension extending from the rear of the gas plug AKA gas control valve and out the rear of the gas block).<br>Claim # 2. Lines # 12 – 13.<br> The piston is configured to nest within a hollow portion of the cylinder. (The cylinder is formed in the front portion of the piston rod head  AKA operation rod head).<br>Summary of Invention, Column #4, Lines # 55-57,<br>The rod has a cup shaped cylinder formed on the muzzleward (head) end, the cylinder is configured to receive the end of the gas plug. (See Figure 4 of 624 patent) Piston / Cylinder coupling. |
|  wherein, gas pressure from the barrel bore causes the piston to reciprocate from its forward position, where the | See U.S. Patent # 7,469,624 from 2008.<br>Claim #1. Lines # 50 - 52 |

| | |
|---|---|
| head portion recess extends over and occludes the tubular extension, to its rearward position, where the head portion recess disengages from the tubular extension, allowing gas to exhaust through the tubular extension and forward end of the control valve to atmosphere. | Discharge gas provides a force causing breechward motion of rod. (Operation rod AKA piston rod).<br><br>(See figure 13B) Adams Arms operating system. "Carbon and gases are expelled forward away from the operator".<br><br>(See figure 18, page 8 Adams Arms Operations Manual) "all of the gases are vented out of the front of the piston chamber" (when gas selector in the off position).<br><br>(See publically available Adams Arms video demonstrating the live fire operation of the AA piston system - https://www.youtube.com/watch?v=GvUjVYg8JBk [youtube.com]) "All of the hot gases are redirected forward out of the chamber and away from the operator and all critical moving parts".<br><br>See figure 16 and 17. Bushmaster piston drive system (with adjustable gas plug, AKA gas valve.) This system vents excess gas forward away from the operator and critical moving parts of the firearm. This system has been in use and available on the open firearms market years before 2016. (See Figure 17B, 17C email discussing the system's operation in 2008, Figure 17D  2007 POLICE magazine article about the Bushmaster system,  Figure 17E 2007 AR-15 forum discussion about the Bushmaster system, Figure 17F 2011 Youtube video about the Bushmaster system.)<br><br>The Bushmaster system is operated by firearm discharge gas pressure. Available and adjustable gas plug / gas valve incorporates a hollow center and gas track to exhaust excess gas out the forward portion of the gas plug / gas valve to atmosphere. (See figure 17 of Expert Witness report). |
| 2. The firearm of claim 1, further comprising an operating rod for transferring axial rearward movement of the gas actuation piston to cycle the firearm. | See U.S. Patent # 7,469,624 from 2008. Claim #1. Lines # 50 – 55. Discharge gas provides force causing breechward motion of rod, rod thereafter actuates bolt carrier. (cycles the firearm). |

| | |
|---|---|
| | (See Figure 1 of 624 patent) #58 is the operating rod.<br><br>The Bushmaster piston drive system, in use years before 2016, incorporates an operating rod for transferring rearward movement of the gas actuation piston to cycle the firearm. (Figures 16 and 17, 17B, 17C, 17D, 17E, 17F of the Expert Witness report). (Figure 17 contains letter "A", depicting the operating rod of the Bushmaster system.) |
| 3. The firearm of claim 1, wherein the gas flow control orifices extend radially and are circumferentially positioned on the gas control valve. | See U.S. Patent #7856917B2 from 2010. "Switchblock".  Background of Invention: paragraph #10, Summary of Invention: Paragraph #1, Claims: #1 and #5.<br>(Figure 13 depicts "Switchblock").<br><br>Three positions of adjustment are afforded the (Switchblock) user. Apertures (AKA orifices) determine the amount of gas allowed to pass into the system.<br><br>See the Bushmaster system, in use years before 2016.  (Figures 16 and 17, 17B, 17C, 17D, 17E, 17F of the Expert Witness report).<br>Gas flow orifices AKA apertures of different sizes are positioned around the piston to control the amount of gas allowed to flow into the system. (Figure 17, letter "D" depicts Bushmaster piston containing different gas flow orifice sizes). |
| 4. The firearm of claim 3, wherein the gas control valve is rotatable to selectively switch between each of the plurality of gas flow control orifices. | See U.S. Patent #7856917B2 from 2010.<br> Noveske "Switchblock". (Figure #13 depicts "Switchblock"). Background of invention: paragraph #10, Summary of invention: Paragraph #1, Claims: #1 and #5.<br>Three positions of adjustment are afforded the (Switchblock) user. Apertures (AKA orifices) determine the amount of gas allowed to flow into the system. A spring loaded detent is used to hold the gas regulator knob in each position. (The gas regulator knob is rotatable).<br><br>See U.S. Patent # 7,469,624 from 2008.<br>The "Operations Manual" related to this patent says on page 8 (Figure 18): Our rifle's piston system |

| | comes with a gas block that has a four position adjustable gas plug, which allows the shooter to adjust the amount of gas pressure allowed to cycle the system. (The gas plug is rotatable to select between the four positions). |
| --- | --- |
| | Front rotatable knob adjusting gas blocks which regulate gas flow in auto and semi-auto rifles are commonplace.  (See figure 11 Expert Witness report). |
| | The Bushmaster piston drive system has been in use years before 2016. It can use a rotatable gas metering screw to adjust gas flow in the system, as well as a reversible gas piston to select between gas flow orifice sizes. (See figures 16, 17, 17B, 17C, 17D, 17E, 17F Expert Witness report). (See figure 17, letter "G" adjustable gas flow plug, and letter "D" piston with dual gas port sizes.) |
| 5. The firearm of claim 1, wherein an annular chamber in gas flow communication with the gas flow control orifices is defined within the gas control valve and around at least a portion of the tubular extension. | The Bushmaster piston drive system has been in use years before 2016. The chamber in the piston is in gas flow communication with the gas flow control orifices around the piston. The orifices are in gas flow communication with the gas block which is in gas flow communication with the gas port in the firearm barrel. (See figures 16, 17, 17B, 17C, 17D, 17E, 17F). (See figure 17, letter "D" piston with dual gas port sizes around the circumference of the piston). |
| 6. A method of assembling the firearm of claim 1, comprising; | |
| providing the central passageway of the gas control valve with a bulkhead defining forward and rearward portions of the central passageway, the bulkhead having a bore therethrough; | The Bushmaster piston drive system with adjustable gas plug AKA gas control valve has been in use years prior to 2016. The gas control valve has a dividing wall between the forward and rear portions. The gas plug AKA gas control valve has a gas passage way from rear to front via a central hollow bore and gas track.  (See figures 16, 17, 17B, 17C, 17D, 17E, 17F). (See figure 17, letter "G", Adjustable gas plug, AKA gas control valve). Expert Witness report. |
| providing a tubular extension member having a first exterior portion with a first diameter sized to closely fit the bore of the bulkhead and a second exterior | The Bushmaster piston drive system with adjustable gas plug AKA gas control valve has been in use years prior to 2016. The outer diameter of the gas piston has two diameters: The outer |

| | |
|---|---|
| portion axially spaced from the first portion and having a second diameter greater than the first diameter with an annular shoulder defined between the first and second exterior portions; | diameter closely matching the inner diameter of the gas block bore, and a reduced diameter containing different sized gas flow control orifices.  (See figures 16, 17, 17B, 17C, 17D, 17E, 17F). (See figure 17, letter "D", gas piston with dual port sizes). Expert Witness report. |
| inserting the first exterior portion of the tubular extension member through the bulkhead bore from the rearward portion of the central passageway such that the annular shoulder abuts the bulkhead; | The Bushmaster piston drive system with adjustable gas plug AKA gas control valve has been in use years before 2016. The gas flow orifices allow gas flow communication with the inner chamber of the gas piston. Upon discharge, gas pressure urges the piston drive operating system breechward. Gas pressure also moves forward into the smaller central passageway of the gas control valve AKA adjustable gas plug. (See figures 16, 17, 17B, 17C,17D, 17E, 17F). Expert Witness report. |
| and flaring a portion of the first exterior portion extending through the bulkhead bore to secure the tubular extension member to the gas control valve. | The smaller diameter of the central passageway of the adjustable gas control valve AKA adjustable gas plug is an integral feature of the design and used to direct gas pressure to a gas track and out the front of the gas control valve to atmosphere. (See figures 16, 17, 17B, 17C, 17D, 17E, 17F). Expert Witness report. |