IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMBIMJB, LLC                                            *

    **Plaintiff**                                     *

v.                                                      *   **Case No.: 1:20-cv-00807-JKB**

STRATEGIC ARMORY CORPS, LLC,              *

    **Defendant**                                    *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER

Upon consideration of Plaintiff AMBIMJB, LLC's Motion for Summary Judgment, and

Defendant Strategic Armory Corps, LLC's Opposition thereto and Cross-Motion for Summary

Judgment, it is hereby:

**ORDERED**, that Plaintiff's Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED**, that Defendant's Cross-Motion for Summary Judgment is **GRANTED** as to

Count II of Plaintiff AMBIMJB, LLC's Complaint (ECF 2).


_____          _____
 Date                                        Judge James K. Bredar
                                           Chief Judge
                                           United States District Court for Maryland