# EXHIBIT 3

**To:**     Jason Kalua[jkalua@sacfirearms.com]
**From:**   AMBI >
**Sent:**   Mon 06/25/2018 7:23:56 PM UTC
**Subject:** AMBI Piston Patent Sale
**Received:** Mon 06/25/2018 7:23:56 PM UTC

AMBI Piston System Patent.pdf
Untitled attachment 00215.html
Patent Assignment.docx
Untitled attachment 00218.html
PATENT PURCHASE AGREEMENT.DOCX
Untitled attachment 00221.html

Good evening Jason,
 AMBI is happy to be offering the sale of our truly innovated patented piston system (US Patent No. US 9,816,769 B1) to Strategic Arms Corp.
The patented system will ensure that Strategic Arms Corp will lead the way with new innovated technology.
The offer price is $2.5 million dollars in a one time payment or a two part payment plan with a first installment of $1.5 million dollars and a second installment of $1.1 million dollars by year end totaling of $2.6 million.
In this transaction, Strategic Arms will receive all rights and ownership of the patent.
AMBI will provide the following.
1. Legal sign over documents including Patent Ribbon.
2. Full technical data package with solid CAD models, prints in CAD format and PDF format.
3. Owner manuals.
4. Two full rifle samples.
5. Sample piston and bolt carrier assemblies for manufacturing samples.
6. Product engineering support for the patent life.
7. Manufacturing engineering support.
8. Recommended tooling, fixture design and program process support.

AMBI is committed to support Strategic Arms Corp in every step of the process and promises to ensure a smooth transition from start up to full production. The goal for AMBI is Stategic Arms Corp success.
Please find the attached files.
Thank very much for the opportunity.


Respectfully!

Michael Jay Brown
AMBI®
410-382-7999
mbrown@AMBIproducts.net
http://www.ambiproducts.net

Confidentiality Note:
This email and any attachments may contain confidential material for the sole use of the intended recipient. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the email or any attachments is prohibited. If you have received this email in error, please contact the sender and delete all copies.

ITAR Notification:
This email may contain or attach defense technical data or confidential product and service information covered by the United States Munitions List and International Traffic in Arms Regulations. U.S. State Department authority for the export of such technical data and information from the United States is required. Re-export, re-transfer, disclosure or re-distribution of such data to unauthorized parties, including non-US citizens is strictly prohibited.