IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMBIMJB, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-20-807 |
| STRATEGIC ARMORY CORPS, LLC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED:

1. Plaintiff AMBIMJB's Motion for Summary Judgment (ECF No. 43) is GRANTED.

2. Defendant Strategic Armory Corporation's Cross-Motion for Summary Judgment (ECF No. 49) is DENIED.

3. Plaintiff's Motion to Strike Supplemental Expert Report (ECF No. 41) is DENIED as moot.

4. The parties shall submit briefing regarding the Court's subject matter jurisdiction over Plaintiff's claim for unjust enrichment, pursuant to the following schedule:

    a. Within thirty (30) days of the entry of this Order, Plaintiff shall submit evidence showing that the amount in controversy for the unjust enrichment claim satisfies the amount-in-controversy requirement in 28 U.S.C. § 1446(c)(2)(B), as well as identify any additional reasons why the Court must, should, or should not retain jurisdiction over Plaintiff's unjust enrichment claim.

    b. Within twenty-one (21) days after Plaintiff files that jurisdictional briefing, Defendant shall supplement or dispute any evidence proffered by Plaintiff, as well

as identify any additional reasons why the Court must, should, or should not retain jurisdiction over Plaintiff's unjust enrichment claim.

DATED this 11 day of March, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge