IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMBIMJB, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-20-807 |
| STRATEGIC ARMORY CORPS, LLC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

After consultation with both parties on June 23, 2021, the Court hereby supplements the prior scheduling orders and sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| August 23, 2021 | Deadline for the parties' joint submission regarding whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. |
| **August 23, 2021, 5:00 p.m.** | Telephone scheduling conference. Plaintiff is directed to arrange for and distribute telephone conference information to the parties and Judge Bredar's chambers. |

As discussed, the Court will also refer the parties for a settlement conference before Magistrate Judge Copperthite on or before August 23, 2021.

DATED this __23__ day of June, 2021.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge
